CJA_appointment_rev. 021215

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

Case Number 15 CR 487

v.

ADEL DAOUD

Judge Samuel Der-Yeghiayan

Defendant.

## CJA APPOINTMENT ORDER

## ORDER APPOINTING COUNSEL UNDER CJA

Under SEAL ☐

**Person Represented:** Adel Daoud
**Defendant number:** 1

**Payment Category:** Felony
**Type of Person Represented:** Adult
**Representation Type:** CC

**Attorney Name:** Thomas Anthony Durkin

**Court Order:** Appointing Counsel
**Prior Attorney's name** _Samuel Der-Yeghiayan_

Signature of Presiding Judge or by Order of the Court

Date of Order: 8/18/15      Nunc Pro Tunc Date:      or NONE ☐

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**      Yes ○   No ○      Under SEAL ☐

Prior authorization shall be obtained for services in excess of $800.

**Expected to exceed**      Yes ○   No ○
**Prior Authorization Approved**      Yes ○   No ○

Signature of Presiding Judge or by Order of the Court

Date of Order:      Nunc Pro Tunc Date:      or NONE ☐