| US v Adel Doud | |
|---|---|
| 12 CR 723 | |
| US v. DAOUD | |
| Exhibit List | |
| 4/26/2019 | |
| **EXHIBIT NAME** | **DESCRIPTION** |
| ATT1 | AT & T Subscriber data 347-559-3037 |
| ATT2 | AT & T Quiery data 347-559-3037 |
| BROADBAND 1 | Inspire link - May 20, 2012 9:36AM |
| BROADBAND 3 | Suicide or Martyrdom – May 28, 2012 9:18PM |
| BROADBAND 4 | Boko Haram Attack – May 30, 2012 3:09 AM |
| BROADBAND 5 | JHUF – June 11, 2012 3:38AM |
| BROADBAND 6 | LiveLeak – Graphic Suicide Bomber Aftermath – June 24, 2012 7:36AM |
| BROADBAND 8 | Illustrated Manual of Sniper Skills – July 5, 2012 1:48 AM |
| BROADBAND 9 | Organic Chemistry of Explosives - July 5, 2012 6:48 AM |
| BROADBAND 10 | How to Make a Destructive Pen Bomb - July 5, 2012 7:51 AM |
| BROADBAND 11 | Youtube Account – July 7, 2012 11:42PM |
| BROADBAND 12 | How Can I Train Myself for Jihad - July 8, 2012 5:45PM |
| BROADBAND 13 | Hide My Ass – July 18, 2012 8:34 PM |
| COMPUTER 1 | Best Jihad Nasheed – 3/2/2011 |
| COMPUTER 2 | Alluha Akbar Jihad Nasheed – 5/30/2011  1:17PM |
| COMPUTER 3 | UBL's Speech German – 8/9/2011 626 PM |
| COMPUTER 4 | Legacy of Shiekh Osbama Bin Laden – 8/10/2011 433PM |
| COMPUTER 5 | Lessons Learned Abu Mansoor Amriki  - 5/11/2012, 706PM |
| COMPUTER 6 | UBL's Speech 2001 (laptop)– 5/11/2012 707PM |
| COMP-06a | Clip from UBL's Speech 2001 (laptop)– 5/11/2012 707PM |
| COMPUTER 7 | Adam Gadan to Palestine (4 videos) – 5/11/2012 |
| COMPUTER 8 | Anwar Al Awlaki Al Melahem (desktop) – 5/11/2012 7:07PM |
| COMP-08a | Clips from Anwar Al Awlaki Al Melahem |
| COMP-08b | Clips from Anwar Al Awlaki Al Melahem |
| COMP-08c | Clips from Anwar Al Awlaki Al Melahem |
| COMP-08d | Clips from Anwar Al Awlaki Al Melahem |
| COMPUTER 9 | Interview with UBL (1-6 – desktop) 5/22/12 758PM (Interview 4 is 5/11/202 707PM) |
| COMPUTER 10 | Virtue of Martyrs – Al Awlaki – 5/22/2012 702PM |
| COMP-10a | Clip from Virtue of Martyrs – Al Awlaki – 5/22/2012 702PM |
| COMPUTER 11 | Shiekh Abdullah Azzam –(1-6) 6/5/2012 327AM |
| COMPUTER 12 | Russian Hell (desktop) – 6/5/2012 137 PM |
| COMPUTER 13 | We Are Terrorists – 6/5/2012 315PM |
| COMPUTER 14 | Learn to Work – 6/11/2012 123AM |
| COMPUTER 15 | Dust Will Never Settle (desktop) – 6/28/2012 |
| COMPUTER 16 | Russian Hell 2 (desktop) – 8/1/12 509PM |
| COMPUTER 17 | Never Ever Trust the Kuffaar (laptop)– 8/4/2012 638AM |
| COMPUTER 18 | Options HideMyAss (laptop) – 8/7/2012 555AM |
| COMPUTER 19 | OCE1669-D539-425A – 9/8/2012 726PM |

| DC1a-1A | Discussion Board Message 12/15/11 |
|---|---|
| DEEN HAQQ 1 | 5/21/2012 |
| DEEN HAQQ 2 | 6/2/2012 |
| DEEN HAQQ 3 | 6/4/2012 |
| DEEN HAQQ 4 | 6/5/2012 |
| DEEN HAQQ 5 | 3 Weeks ago |
| DEEN HAQQ 6 | 3 days ago |
| PHOTO 1 | Photgraph taken of inert bomb on 9/14/12 |
| DROP BOX | DropBox – make all 3 disks one exhibit |
| EMAIL 1 | 10/13/11 -4:41 pm |
| EMAIL 2 | 1/16/12 – 11:19 am |
| EMAIL 3 | 1/23/12 – 4:49 pm |
| EMAIL 4 | 1/24/12 – 5:01 pm |
| EMAIL 5 | 1/24/12 – 5:02 pm |
| EMAIL 6 | 1/26/12 – 8:10 pm |
| EMAIL 7 | 2/5/12 – 3:17 am |
| EMAIL 8 | 2/6/12 – 10:33 am |
| EMAIL 9 | 2/26/12 – 2:36 pm |
| EMAIL 10 | 4/17/12 – 8:36 pm |
| EMAIL 11 | 4/22/12 – 7:10 pm |
| EMAIL 12 | 5/8/12 – 9:41 pm |
| EMAIL 13 | 5/10/12 – 3:20 am |
| EMAIL 14 | 5/17/12 -12:10 pm |
| EMAIL 15 | 5/18/12 -11:36 pm |
| EMAIL 16 | 6/6/12 – 2:38 am |
| EMAIL 17 | 6/6/12 – 11:55 pm |
| EMAIL 18 | 6/7/12 – 12:02 am |
| EMAIL 19 | 6/11/12 – 11:49 pm |
| EMAIL 20 | 6/22/12 – 5:30 pm |
| EMAIL 21 | 6/26/12 -1:07 am |
| EMAIL 21a | 6/27/12 - 10:26 pm |
| EMAIL 22 | 6/30/12 – 7:17 am |
| EMAIL 23 | 6/30/12 – 5:31 pm |
| EMAIL 24 | 7/3/12 – 10:35 am |
| EMAIL 25 | 7/6/12 – 9:53 pm |
| EMAIL 26 | 7/13/12 – 11:24 pm |
| EMAIL 27 | 7/13/12 – 11:25 pm |
| EMAIL 28 | 7/13/12 -11:28 pm |
| EMAIL 29 | 7/27/12 – 12:14 am |
| EMAIL 30 | 7/28/12 – 11:45 pm |
| EMAIL 31 | 7/28/12 – 11:51 pm |
| EMAIL 32 | 8/22/12 – 3:16 pm |
| GMAIL 1 | Google Subscriber data  - Africanarab21@gmail.com |
| INMATE 1 | Inmate housing report for Adel Doud |
| INMATE 2 | Inmate housing report for CI |
| INSPIRE 1 | Inspire Magazine Issue 1 |
| INSPIRE 2 | Inspire Magazine Issue 2 |

| | |
|---|---|
| **INSPIRE 4** | Inspire Magazine Issue 4 |
| **INSPIRE 8** | Inspire Magazine Issue 8 |
| **INSPIRE 9** | Inspire Magazine Issue 9 |
| **JAIL CALL** | Recording of jail call on 11-28-12 |
| **KINDLE 1** | Defense of Muslim Lands |
| **KINDLE 2** | Enjoin Right & Forbidding Wrong |
| **KINDLE 3** | IMHV3 |
| **KINDLE 4** | Issues (5 – 7) |
| **KINDLE 5** | Masha Al- Ashmaq – Book of Jihad |
| **KINDLE 6** | Non-Combatants Final |
| **KINDLE 7** | Signs of Ir Rahman in Jihad and Afghanistan |
| **KINDLE 8** | Bin Laden I know (powerpoint) |
| **KINDLE 9** | My clippings |
| **OCE ONE 1** | 5/14/12 -8:00 pm (email) |
| **OCE ONE 2** | 5/17/12 -4:41 pm (email) |
| **OCE ONE 3** | 5/17/12 (youtube - sent) |
| **OCE ONE 4** | 5/17/12 (youtube – received) |
| **OCE ONE 5** | 5/18/12 (youtube – sent) |
| **OCE ONE 6** | 5/18/12 (youtube – received) |
| **OCE ONE 7** | 5/18/12 (youtube – received) |
| **OCE ONE 8** | 5/18/12 (youtube – received) |
| **OCE ONE 9** | 5/19/12 (youtube – sent) |
| **OCE ONE 10** | 5/19/12 (youtube – received) |
| **OCE ONE 11** | 5/19/12 (youtube – sent) |
| **OCE ONE 12** | 5/19/12 (youtube – received) |
| **OCE ONE 13** | 5/21/12 (youtube – sent) |
| **OCE ONE 14** | 5/21/12 (youtube – received) |
| **OCE ONE 15** | 5/22/12 (youtube – sent) |
| **OCE ONE 16** | 5/22/12 (youtube – received) |
| **OCE ONE 17** | 5/22/12 (youtube – sent) |
| **OCE ONE 18** | 5/22/12 (youtube – received) |
| **OCE ONE 19** | 5/25/12 (youtube – sent) |
| **OCE ONE 20** | 5/26/12 (youtube – received) |
| **OCE ONE 21** | 6/1/12 (youtube – sent) |
| **OCE ONE 22** | 6/1/12 (youtube – received) |
| **OCE ONE 23** | 6/4/12 (youtube – sent) |
| **OCE ONE 24** | 6/4/12 (youtube – received) |
| **OCE ONE 25** | 6/4/12 (youtube – received) |
| **OCE ONE 26** | 6/5/12 (youtube – sent) |
| **OCE ONE 27** | 6/5/12 (youtube – received) |
| **OCE ONE 28** | 6/5/12 (youtube – sent) |
| **OCE ONE 29** | 6/5/12 (youtube – received) |
| **OCE ONE 30** | 6/6/12 (youtube – sent) |
| **OCE ONE 31** | 6/6/12 (youtube – received) |
| **OCE ONE 32** | 6/8/12 (email) |
| **OCE ONE 33** | 6/8/12 (email) |
| **OCE ONE 37** | 6/11/12 (youtube – sent) |

| | |
|---|---|
| **OCE ONE 38** | 6/11/12 (youtube – received) |
| **OCE ONE 38A** | 6/11/12 (youtube – received) |
| **OCE ONE 38B** | 6/11/12 (youtube – received) |
| **OCE ONE 39** | 6/21/12 (email) |
| **OCE ONE 40** | 6/21/12 (email) |
| **OCE ONE 43** | 6/28/12 (youtube – sent) |
| **OCE ONE 44** | 6/28/12 (youtube – received) |
| **OCE ONE 45** | 6/29/12 (youtube – sent) |
| **OCE ONE 46** | 6/30/12 (youtube – received) |
| **OCE ONE 47** | 7/3/12 (youtube – received) |
| **OCE ONE 48** | 7/5/12 (youtube – sent) |
| **OCE ONE 49** | 7/5/12 (youtube – received) |
| **OCE ONE 50** | 7/9/12 (youtube – received) |
| **OCE ONE 51** | 7/9/12 (youtube – received) |
| **OCE ONE 52** | 7/11/12 (youtube – sent) |
| **OCE ONE 53** | 7/11/12 (youtube – received) |
| **OCE ONE 54** | 7/12/12 (youtube – sent) |
| **OCE ONE 55** | 7/13/12 (youtube – received) |
| **OCE ONE 56** | 7/13/12 (youtube – received) |
| **OCE ONE 57** | 7/15/12 (youtube –sent) |
| **OCE ONE 58** | 7/15/12 (youtube – received) |
| **OCE ONE 59** | 7/16/12 (youtube – sent) |
| **OCE ONE 60** | 7/16/12 (youtube – received) |
| **OCE ONE 61** | 7/17/12 (youtube – sent) |
| **OCE ONE 62** | 7/18/12 (youtube – received) |
| **OCE ONE 63** | 7/18/12 (youtube – received) |
| **OCE ONE 64** | 7/19/12 (youtube – sent) |
| **OCE ONE 65** | 7/19/12 (youtube – received) |
| **OCE ONE 66** | 7/19/12 (youtube – received) |
| **OCE ONE 67** | 7/19/12 (youtube – sent) |
| **OCE ONE 68** | 7/19/12 (youtube – received) |
| **OCE ONE 69** | 7/21/12 (youtube – sent) |
| **OCE ONE 70** | 7/21/12 (youtube – received) |
| **OCE ONE 71** | 7/22/12 (youtube – received) |
| **OCE ONE 72** | 7/23/12 (youtube – sent) |
| **OCE ONE 73** | 7/23/12 (youtube – received) |
| **OCE ONE 74** | 7/26/12 (youtube – sent) |
| **OCE ONE 75** | 7/26/12 (youtube – received) |
| **OCE ONE 76** | 7/27/12 (youtube – sent) |
| **OCE ONE 77** | 7/28/12 (youtube – sent) |
| **OCE ONE 78** | 7/30/12 (youtube – received) |
| **OCE ONE 79** | 7/30/12 (youtube – sent) |
| **OCE ONE 80** | 7/3012 (youtube – received) |
| **OCE ONE 81** | 7/31/12 (youtube – received) |
| **OCE ONE 82** | 8/2/12 (youtube – sent) |
| **OCE ONE 83** | 8/3/12 (youtube – received) |
| **OCE ONE 84** | 8/8/12 (youtube – sent) |

| | |
|---|---|
| **OCE ONE 85** | 8/9/12 (youtube – received) |
| **OCE ONE 86** | 8/17/12 (yahoo email) |
| **OCE ONE 87** | 8/18/12 (yahoo email) |
| **OCE ONE 88** | 8/18/12 (youtube – received) |
| **OCE ONE 89** | 8/19/12 (youtube – sent) |
| **OCE ONE 90** | 8/19/12 (youtube – received) |
| **OCE ONE 91** | 8/20/12 (youtube –sent) |
| **OCE ONE 92** | 8/20/12 (youtube – received) |
| **OCE ONE 93** | 8/25/12 (youtube – sent) |
| **OCE ONE 94** | 9/2/12 (youtube – sent) |
| **OCE ONE 95** | 9/2/12 (youtube – received) |
| **OCE ONE DH 1** | Conversation |
| **OCE ONE DH 2** | Conversation |
| **OCE ONE DH 3** | Conversation |
| **OCE ONE DH 4** | Conversation |
| **OCE ONE DH 5** | Conversation |
| **OCE ONE DH 6** | Conversation |
| **OCE ONE DH 7** | Conversation |
| **OCE ONE DH 8** | Conversation |
| **OCE ONE DH 9** | Conversation |
| **OCE TWO 1** | 5/18/12 (youtube – sent) |
| **OCE TWO 2** | 5/18/12 (youtube – received) |
| **OCE TWO 3** | 5/19/12 (youtube – sent) |
| **OCE TWO 4** | 5/19/12 (youtube – received) |
| **OCE TWO 5** | 5/19/12 (youtube – sent) |
| **OCE TWO 6** | 5/19/12 (youtube – received) |
| **OCE TWO 7** | 5/21/12 (comment to Youtube post) |
| **OCE TWO 8** | 5/21/12 (youtube – sent) |
| **OCE TWO 9** | 5/22/12 (youtube – received) |
| **OCE TWO 10** | 5/25/12 (youtube – sent) |
| **OCE TWO 11** | 5/26/12 (youtube – received) |
| **OCE TWO 12** | 5/28/12 (youtube – sent) |
| **OCE TWO 13** | 5/28/12 (youtube – received) |
| **OCE TWO 14** | 5/29/12 (youtube – received) |
| **OCE TWO 15** | 5/29/12 (youtube – sent) |
| **OCE TWO 16** | 5/29/12 (youtube message in email) |
| **OCE TWO 17** | 5/30/12 (youtube message in email) |
| **OCE TWO 18** | 5/31/12 (youtube – sent) |
| **OCE TWO 19** | 5/31/12 (youtube – received) |
| **OCE TWO 20** | 5/31/12 (youtube – received) |
| **OCE TWO 21** | 6/1/12 (youtube – received) |
| **OCE TWO 22** | 6/1/12 (youtube – sent) |
| **OCE TWO 23** | 6/3/12 (youtube – received) |
| **OCE TWO 24** | 6/3/12 (youtube – sent) |
| **OCE TWO 25** | 6/3/12 (youtube – received) |
| **OCE TWO 26** | 6/4/12 (youtube message in email) |
| **OCE TWO 27** | 6/4/12 (youtube  -sent) |

| | |
|---|---|
| **OCE TWO 28** | 6/4/12 (youtube - received) |
| **OCE TWO 31** | 6/7/12 (email) |
| **OCE TWO 32** | 6/7/12 (email) |
| **OCE TWO 33** | 6/8/12 (email) |
| **OCE TWO 34** | 6/8/12 (youtube - sent) |
| **OCE TWO 35** | 6/8/12 (youtube – received) |
| **OCE TWO 36** | 6/8/12 (youtube – received) |
| **OCE TWO 37** | 6/8/12 (email) |
| **OCE TWO 38** | 6/9/12 (email) |
| **OCE TWO 39** | 6/9/12 (youtube message in email) |
| **OCE TWO 40** | 6/12/12 (youtube – received) |
| **OCE TWO 41** | 6/12/12 (email) |
| **OCE TWO 42** | 6/13/12 (youtube – sent) |
| **OCE TWO 43** | 6/14/12 (youtube - received) |
| **OCE TWO 44** | 6/14/12 (youtube – sent) |
| **OCE TWO 45** | 6/14/12 (youtube – received) |
| **OCE TWO 46** | 6/19/12 (youtube – sent) |
| **OCE TWO 47** | 6/20/12 (youtube – sent) |
| **OCE TWO 48** | 6/20/12 (youtube- received) |
| **OCE TWO 49** | 6/21/12 (youtube –sent) |
| **OCE TWO 50** | 6/22/12 (youtube – received) |
| **OCE TWO 51** | 6/22/12 (youtube – received) |
| **OCE TWO 52** | 6/22/12 (youtube – sent) |
| **OCE TWO 53** | 6/24/12 (youtube – sent) |
| **OCE TWO 54** | 6/24/12 (youtube – received) |
| **OCE TWO 55** | 6/26/12 (youtube – received) |
| **OCE TWO 56** | 6/27/12 (youtube – sent) |
| **OCE TWO 57** | 6/27/12 (youtube- received) |
| **OCE TWO 58** | 6/29/12 (youtube- sent) |
| **OCE TWO 59** | 6/30/12 (youtube – received) |
| **OCE TWO 60** | 7/9/12 (youtube – sent) |
| **OCE TWO 61** | 7/9/12 (youtube – received) |
| **OCE TWO 62** | 7/11/12 (youtube – sent) |
| **OCE TWO 63** | 7/11/12 (youtube - received) |
| **OCE TWO 64** | 7/11/12 (youtube – sent) |
| **OCE TWO 65** | 7/12/12 (youtube – received) |
| **OCE TWO 66** | 7/13/12 (youtube – received) |
| **OCE TWO 67** | 7/17/12 (youtube – sent) |
| **OCE TWO 68** | 7/19/12 (youtube – sent) |
| **OCE TWO 69** | 7/19/12 (youtube – received) |
| **OCE TWO 70** | 7/20/12 (youtube – sent) |
| **OCE TWO 71** | 7/20/12 (youtube – received) |
| **OCE TWO 72** | 7/23/12 (youtube – sent) |
| **OCE TWO 73** | 7/23/12 (youtube – received) |
| **OCE TWO 74** | 7/27/12 (youtube – sent) |
| **OCE TWO 75** | 7/27/12 (youtube – received) |
| **OCE TWO 76** | 8/8/12 (youtube – sent) |

| | |
|---|---|
| OCE TWO 77 | 8/9/12 (youtube – received) |
| OCE TWO 78 | 8/13/12 (youtube – sent) |
| OCE TWO 79 | 8/14/12 (youtube – received) |
| OCE TWO 80 | 8/14/12 (youtube – received) |
| OCE TWO 81 | 8/15/12 (youtube – sent) |
| OCE TWO 82 | 8/15/12 (youtube – received) |
| OCE TWO 83 | 8/19/12 (youtube – sent) |
| OCE TWO 84 | 8/19/12 (youtube – received) |
| OCE TWO DH 1 | Eight hours ago |
| OCE TWO DH 2 | 37 minutes ago |
| OCE TWO DH 3 | 25 minutes ago |
| RCFL | Spreadsheet detailing file location |
| SEARCH TERMS | Search Terms Spreadsheet |
| SURVEILLANCE VIDEO 003 | 9-14-12 Surveillance Video from building |
| SURVEILLANCE VIDEO 011 | 8-25-12 Surveillance Video of Daoud by Cactus |
| TEXT 1 | Text Message |
| TEXT 2 | Text Message |
| TEXT 3 | Text Message |
| TEXT 4 | Text Message |
| TEXT 5 | Text Message |
| TEXT 6 | Text Message |
| TEXT 7 | Text Message |
| TEXT 8 | Text Message |
| TEXT 9 | Text Message |
| TEXT 10 | Text Message |
| TEXT 11 | Text Message |
| TEXT 12 | Text Message |
| TEXT 13 | Text Message |
| TEXT 14 | Text Message |
| TEXT 15 | Text Message |
| TEXT 16 | Text Message |
| UC Texts | Text messages between UCE and defendant |
| UC 8-6 Note | Handwritten notes provided to UC by defendant on 8-6-2012 |
| UC 8-9 Skype | Skype chat between UC and defendant on 8-9-2012 |
| UC 8-10 Skype | Skype chat between UC and defendant on 8-10-2012 |
| UC 8-12 Skype | Skype chat between UC and defendant on 8-12-2012 |
| UC 8-14 Skype | Skype chat between UC and defendant on 8-14-2012 |
| UC 8-19 Skype | Skype chat between UC and defendant on 8-19-2012 |
| UC 8-21 Skype | Skype chat between UC and defendant on 8-21-2012 |
| UC 8-23 Note | Handwritten note provided to UC by defendant on 8-23-2012 |
| UC 9-2 Skype | Skype chat between UC and defendant on 9-2-2012 |
| UC 9-3 Skype | Skype chat between UC and defendant on 9-3-2012 |
| UC 9-9 Skype | Skype chat between UC and defendant on 9-9-2012 |
| UC 9-10 Skype | Skype chat between UC and defendant on 9-10-2012 |
| UC 9-12 Skype | Skype chat between UC and defendant on 9-12-2012 |
| VERIZON 1 | Verizon Subscriber data 630-901-7754 |
| VIDEO 001 | youtube.com/watch?u=-U3stMV41Ug=0 |

| | |
|---|---|
| **VIDEO 001a** | Video recording |
| **VIDEO 002a** | Video recording |
| **VIDEO 002b** | Video recording |
| **VIDEO 003** | Video recording |
| **VIDEO 003a** | Video recording |
| **VIDEO 004** | The Dust will Never Settle Anwar Al-Awlaki |
| **VIDEO 005** | Video recording |
| **VIDEO 006** | Video recording |
| **VIDEO 006a** | Video recording |
| **VIDEO 007** | Video recording |
| **VIDEO 008** | Video recording |
| **VIDEO 008a** | Video recording |
| **VIDEO 009** | Video recording |
| **VIDEO 010** | Video recording |
| **VIDEO 011** | Video recording |
| **VIDEO 011a** | Video recording |
| **VIDEO 012** | Video recording |
| **VIDEO 012a** | Video recording |
| **VIDEO 13** | Osama Bin Laden is Dead! Song.  We Shall Never Surrender!" |
| **VIDEO 20** | Victim Statement |
| **VICTIM PHOTOS** | Photos of Assault victim |
| **WEB HISTORY** | Chrome Web History Spreadsheet |
| **YAHOO ANSWERS** | Yahoo Answers |
| **YAHOO 1** | Yahoo ! Subscriber data arabnigga21@yahoo.com |
| **YOUTUBE 1** | 3/30/2011 |
| **YOUTUBE 2** | 6/15/2011 |
| **YOUTUBE 3** | 9/11/2011 |
| **YOUTUBE 4** | 10/15/2011 |
| **YOUTUBE 5** | 11/24/2011 |
| **YOUTUBE 6** | 11/26/2011 |
| **YOUTUBE 7** | 1/9/2012 |
| **YOUTUBE 8** | 1/13/2012 |
| **YOUTUBE 9** | 2/13/2012 |
| **YOUTUBE 10** | 3/3/2012 |
| **YOUTUBE 11** | 3/23/2012 |
| **YOUTUBE 12** | 3/31/2012 |
| **YOUTUBE 13** | 5/11/2012 |
| **YOUTUBE 14** | 5/12/2012 |
| **YOUTUBE 15** | 5/18/2012 |
| **YOUTUBE 16** | 5/19/2012 |
| **YOUTUBE ACCOUNT** | MajahidNigga YouTube Account screen shot |
| **YOTUBE COMMENTS** | Comments made on Youtube |
| **YOUTUBE POSTING 1** | You tube postings |
| **YOUTUBE POSTING 2** | You tube postings |
| **UC 7-17 (1 disc)** | Disc of entire recording for July 17th - Disc Password:  Jury 12345! |
| **UC 8-6 (1 disc)** | Disc of entire recording for August 6th  - Disc Password:  Jury 12345! |
| **UC  8-23 (1 disc)** | Disc of entire recording for August 23rd  - Disc Password:  Jury 12345! |

| UC 9-5 (1 disc) | Disc of entire recording for September 5th - Disc Password: Jury 12345! |
|---|---|
| UC 9-13 (3 discs) | Disc of entire recording for September 13th - (3 discs) Disc Password: Jury 12345! |
| UC 9-14 (2 discs) | Disc of entire recording for September 14th -(2 discs) Disc Password: Jury 12345! |
| **AUDIO/VIDEO CLIPS** | |
| 7_17 A | 7/17/2012 Meeting with U/C |
| 7_17 B | 7/17/2012 Meeting with U/C |
| 7_17 C | 7/17/2012 Meeting with U/C |
| 7_17 D | 7/17/2012 Meeting with U/C |
| 7_17 E | 7/17/2012 Meeting with U/C |
| 7_17 F | 7/17/2012 Meeting with U/C |
| 7_17 G | 7/17/2012 Meeting with U/C |
| 7_17 H | 7/17/2012 Meeting with U/C |
| 7_17 I | 7/17/2012 Meeting with U/C |
| 7_17 J | 7/17/2012 Meeting with U/C |
| 8_06 A | 8/6/2012 Meeting with U/C |
| 8_06 B | 8/6/2012 Meeting with U/C |
| 8_06 C | 8/6/2012 Meeting with U/C |
| 8_06 D | 8/6/2012 Meeting with U/C |
| 8_06 E | 8/6/2012 Meeting with U/C |
| 8_06 F | 8/6/2012 Meeting with U/C |
| 8_23 A | 8/23/2012 Meeting with U/C |
| 8_23 B | 8/23/2012 Meeting with U/C |
| 8_23 C | 8/23/2012 Meeting with U/C |
| 8_23 D | 8/23/2012 Meeting with U/C |
| 8_23 E | 8/23/2012 Meeting with U/C |
| 8_23 F | 8/23/2012 Meeting with U/C |
| 9_05 A | 9/5/2012 Meeting with U/C |
| 9_05 C | 9/5/2012 Meeting with U/C |
| 9_05 D | 9/5/2012 Meeting with U/C |
| 9_05 E | 9/5/2012 Meeting with U/C |
| 9_05 F | 9/5/2012 Meeting with U/C |
| 9_05 G | 9/5/2012 Meeting with U/C |
| 9_13 B | 9/13/2012 Meeting with U/C |
| 9_13 C | 9/13/2012 Meeting with U/C |
| 9_13 D | 9/13/2012 Meeting with U/C |
| 9_13 E | 9/13/2012 Meeting with U/C |
| 9_14 C | 9/14/2012 Meeting with U/C |
| S001 | 11/23/2012 Session 1 Full |
| S001-1 | 11/23/2012 Session 1 |
| S001-2 | 11/23/2012 Session 1 |
| S004 | 11/23/2012 Session 4 Full |
| S004-1 | 11/23/2012 Session 4 |
| S005 | 11/23/2012 Session 5 Full |
| S005-1 | 11/23/2012 Session 5 |
| S006 | 11/23/2012 Session 6 Full |
| S006-1 | 11/23/2012 Session 6 |
| S007 | 11/23/2012 Session 7 Full |

| | |
|---|---|
| S007-1 | 11/23/2012 Session 7 |
| S007-2 | 11/23/2012 Session 7 |
| S008 | 11/23/2012 Session 8 Full |
| S008-1 | 11/23/2012 Session 8 |
| S012 | 11/23/2012 Session 12 Full |
| S013 | 11/23/2012 Session 13 Full |
| S109 | 11/24/2012 Session 109 Full |
| S109-1 | 11/24/2012 Session 109 |
| S125 | 11/24/2012 Session 125 Full |
| S127 | 11/24/2012 Session 127 Full |
| S127-1 | 11/24/2012 Session 127 |
| S129 | 11/24/2012 Session 129 Full |
| S197 | 11/25/2012 Session 197 Full |
| S197-1 | 11/25/2012 Session 197 |
| S217 | 11/25/2012 Session 217 Full |
| S217-1 | 11/25/2012 Session 217 |
| S217-2 | 11/25/2012 Session 217 |
| S218 | 11/25/2012 Session 218 Full |
| S219 | 11/25/2012 Session 219 Full |
| S219-1 | 11/25/2012 Session 219 |
| S315 | 11/26/2012 Session 315 Full |
| S315-1 | 11/26/2012 Session 315 |
| S391 | 11/27/2012 Session 391 Full |
| S391-1 | 11/27/2012 Session 391 |
| S405 | 11/27/2012 Session 405 Full |
| S405-1 | 11/27/2012 Session 405 |
| S405-2 | 11/27/2012 Session 405 |
| S406 | 11/27/2012 Session 406 Full |
| S406-1 | 11/27/2012 Session 406 |
| S406-2 | 11/27/2012 Session 406 |
| S418 | 11/27/2012 Session 418 Full |
| S472 | 11/28/2012 Session 472 Full |
| S476 | 11/28/2012 Session 476 Full |
| S476-1 | 11/28/2012 Session 476 |
| S476-2 | 11/28/2012 Session 476 |
| S477 | 11/28/2012 Session 477 Full |
| S477-1 | 11/28/2012 Session 477 |
| S478 | 11/28/2012 Session 478 Full |
| S478-1 | 11/28/2012 Session 478 |
| S479 | 11/28/2012 Session 479 Full |
| S481 | 11/28/2012  Session 481 Full |
| S481-1 | 11/28/2012 Session 481 |
| S482 | 11/28/2012 Session 482 Full |
| S484 | 11/28/2012 Session 484 Full |
| S491 | 11/28/2012 Session 491 Full |
| S491-1 | 11/28/2012 Session 491 |
| S505 | 11/28/2012 Session 505 Full |

| | |
|---|---|
| S505-1 | 11/28/2012 Session 505 |
| S567 | 11/29/2012 Session 567 Full |
| S567-1 | 11/29/2012 Session 567 |
| S572 | 11/29/2012 Session 572 Full |
| S572-1 | 11/29/2012 Session 572 |
| S597 | 11/29/2012 Session 597 Full |
| S604 | 11/29/2012 Session 604 Full |
| S604-1 | 11/29/2012 Session 604 |
| S605 | 11/29/2012 Session 605 Full |
| S605-1 | 11/29/2012 Session 605 |
| S667 | 11/29/2012 Session 667 Full |
| S667-1 | 11/29/2012 Session 667 |
| | |