UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEL DAOUD | No. 15 CR 487<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF APPEAL

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Judgment, which was entered on the docket on May 21, 2019.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

    /s/ *Tiffany A. Ardam*
    BARRY JONAS
    TIFFANY A. ARDAM
    Assistant U.S. Attorney
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (312) 353-0951

Date: June 19, 2019

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Notice of Appeal was served, pursuant to the district court's ECF system, to opposing counsel of record.

      By:   /s/ *Tiffany A. Ardam*
            BARRY JONAS
            TIFFANY A. ARDAM
            Assistant U.S. Attorney
            219 South Dearborn St., Rm. 500
            Chicago, Illinois 60604
            (312) 353-0951

Date: June 19, 2019