UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEL DAOUD | No. 15 CR 487<br><br>Judge Sharon Johnson Coleman |

## DOCKETING STATEMENT

The UNITED STATES OF AMERICA, pursuant to Circuit Rule 3(c), hereby submits the following Docketing Statement contemporaneous with the filing of its Notice of Appeal in the above-captioned case.

Defendant Adel Daoud was charged by indictment in three cases. First, in Case No. 12 CR 723 (N.D. Ill.), defendant was charged with attempting to use a weapon of mass destruction, in violation of 18 U.S.C. § 2332a(a)(2)(D), and attempting to destroy a building used in interstate commerce with an explosive, in violation of 18 U.S.C. § 844(i). Second, in Case No. 13 CR 703 (N.D. Il.), defendant was charged by indictment with soliciting a crime of violence, in violation of 18 U.S.C. § 373(a), murder-for-hire, in violation of 18 U.S.C. § 1958(a), and obstruction of justice, in violation of 18 U.S.C. § 1512(a)(1)(A). Third, in Case No. 15 CR 487 (N.D. Ill.), defendant was charged with assault with the intent to commit murder, in violation of 18 U.S.C. § 113(a)(1), assault with a dangerous weapon with the intent to do bodily harm, in violation of 18 U.S.C. § 113(a)(3), assault resulting in serious bodily injury, in violation of 18 U.S.C. § 113(a)(6), possession of a weapon by an inmate, in violation of 18 U.S.C. § 1791(a)(2) and (b)(3), and simple assault, in violation of 18 U.S.C. § 113(a)(4). Case Nos. 13 CR 703 and 15 CR 487 were transferred to this Court for joint resolution with Case No. 12 CR 723.

On May 6, 2019, this Court sentenced defendant in all three cases, and it entered final judgment in all three cases on May 21, 2019. The United States has timely filed its Notice of Appeal within 30 days after entry of the judgment.

The district court had jurisdiction pursuant to 18 U.S.C. § 3231. The Court of Appeals has jurisdiction under 18 U.S.C. § 3742 and 28 U.S.C. § 1291.

There was a prior appellate proceeding related to this case (Appeal No. 14-1284).

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

/s/ *Tiffany A. Ardam*
BARRY JONAS
TIFFANY A. ARDAM
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-0951

Date: June 19, 2019

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Docketing Statement was served, pursuant to the district court's ECF system, to opposing counsel of record.

                By:    /s/ *Tiffany A. Ardam*
                          BARRY JONAS
                          TIFFANY A. ARDAM
                          Assistant U.S. Attorney
                          219 South Dearborn St., Rm. 500
                          Chicago, Illinois 60604
                          (312) 353-0951

Date: June 19, 2019