UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 12 CR 723 |
| v. ) | 13 CR 703 |
| ) | 15 CR 487 |
| ) | Honorable Matthew F. Kennelly |
| ADEL DAOUD ) | |

**PROTECTIVE ORDER**

Upon motion of the United States, the Court having considered the facts and circumstances of this case, to include the government's classified filings, the Court makes the following findings:

1) The measures proposed by the government are reasonable and necessary to protect from disclosure the true identity of the FBI Online Cover Employees ("OCE");

2) Disclosure of the true identities of the OCEs would jeopardize ongoing investigations of which they were or are currently involved in;

3) The witnesses face a real and substantial risk of danger to themselves and their families if their true identities are disclosed;

4) Disclosure of the true identities of the witnesses could compromise the government's online undercover investigative procedures, which could impair other, ongoing undercover operations; and

5) Disclosure of information about the FBI's Online Cover Employee programs could cause serious damage to the national security of the United States.

Based on these findings, the following measures will be utilized to protect the true identities of the OCEs at the sentencing hearing and the operational procedures

2

of the FBI Online Covert Employee Programs:

1. The witnesses may testify at the sentencing hearing using a pseudonym without publicly disclosing their true identities;

2. The defense shall be prohibited from asking any questions that would illicit any moniker(s) used by the OCEs;

3. The defense shall be prohibited from asking any questions seeking personal identifying information from the witnesses, including true name, address, or date of birth;

4. The defense shall be prohibited from asking any questions about the witnesses' participation in past or pending investigations or undercover operations;

5. The defense shall be prohibited from asking any questions regarding any FBI undercover programs writ large to include training and operations;

6. Only the Court, essential courtroom personnel, the defendant and his standby counsel, the defendant's immediate family members, and the government's trial team shall be present in the courtroom when the witness testifies. The government shall arrange for contemporaneous CCTV video or similar broadcast of the courtroom proceeding during the testimony. The CCTV video will not show the OCEs;

7. No public disclosure of any audio recording, or similar reproduction of the voices or visual images of the witness while testifying, shall be permitted; and

8. The witnesses shall be permitted to use a non-public entrance/exit to the courthouse and the courtroom.

This Order will remain in effect until further order from the Court.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the government's classified motion and accompanying information shall be sealed and maintained in a facility appropriate for the storage of such classified information by the Court Security Officer as the designee of the Clerk of Court, in accordance with established security procedures, for any future review, until further order of this Court.

SIGNED at Chicago, Illinois, this 18th day of July 2023.

_____
Judge ~~John~~ Matthew F. Kennelly
UNITED STATES DISTRICT JUDGE

2