9/14/2012

"UCE: I'll show you right now. And so when you come out with,
with the Jeep, you drive this way, I'm gonna be walking so I'll
show you. As I walk you just, you know, walk, following go in
that direction

Daoud: So you walk and I follow you almost?

UCE: Yes. ...

[See UCE audio transcript, 9/14/12 print out, pg. 41 LN 12-41]

" Daoud: But they [Al Qaeda, in videos] never mentioned that
women are halal [lawful, Islamically] to kill. The only, the
only brother mentioned that I'm like wait a minute, they also
pay taxes and vote. You know. So that's a good... Oh so this
is just like Palestine?[Note: in Islamic law women in Palestine/Israel
are considered enemy combatants because they have 6 months mandatory
military ~~territory~~ training. Normally women in Islamic law are considered
noncombatants]

UCE: Yes

Daoud: Well that kinda makes sense because you know these are
like Israel's best friends

UCE: Absolutely

Daoud: yeah

UCE: They're the same. They're the same

Daoud: Except they're like a different religion. Like well they're
both atheists in a, in a sense. You ~~knwo~~ know what I'm sayin?

UCE: Yeah, a monster with two heads

[See UCE audio transcript, 9/14/12, Id, pg. 43 LN 18-42]

  "Daoud: Cuz I don't, I don't know where I'm going. So it's
better you lead. But I'll, you'll be here. So you already know

where you're going. Probably check every like 30 seconds ~~taht~~ *that*
I'm behind you

UCE: Sure absolutely, I will check brother

[See UCE audio transcript, at Id, pg. 45 LN 16-24]

   "Daoud: Then you only go to the Jeep, then you turn everything
on, then you show me which is the direction box(UI) (laughs)
(so i can see where I'm going), so then you show me where to
drive. Then I'll drive there and I'll park it right there. Insha
Allah [if Allah will]. Al hamdu lillah [all praise is due to
Allah]. I'm feeling more comfortable."

[See UCE transcripts, audio, at Id, pg. 45 LN 36-44]

   "Daoud: And keep reviewing the plans cuz my memory sucks, my
navigation sucks. There's a lotta disadvantages, I mean like,
you know, Insha Allah [if Allah will]

UCE: The car that you have, right you have the right faith, you
have stone faith. You believe and you are willing to make sacrifices

Daoud: Yeah , if i didn't believe this I would run right now
(laughs)

UCE: Let's park this car right here brother

[See UCE audio transcripts, at Id, pg. 47 LN 20-34, 9/14/12]

UCE: You can press. Do you wanna press the button brother?

Daoud: I wanna press the button with you

[See UCE audio transcripts, at Id, pg. 50 LN 41-44]

UCE: Now it's ready to go, trust me. It's ready to go, brother.
It's ready to go

Daoud: Okay so now what's the plan?

[See UCE audio transcripts, at Id, pg. 51 LN 15-19]

   "Daoud: So now it's time to park the car?

UCE: Yes, now we're gonna go park the car, yes. (UI) Alright brother. So this is what we're gonna do. Okay.

[See UCE audio transcript, 9/14/12 at Id, pg. 51 LN 15-19]

[See UCE audio transcript, 9/14/12 at Id, pg. 51 LN 29-33]

<u>Inside the Bomb Car</u>

UCE: So I'm gonna walk over there and then I want you to just drive and follow me over there and then you can park the car in the uh, by the Cactus Bar and Grill. Then I'll wait for you on the corner so we can walk back together (UI)

Daoud: Okay

[See UCE audio transcript, 9/14/12 at Id, pg. 51 LN 43-44, pg. 52 LN1-17]

UCE: Well yeah, no make sure -- this is the uh, this is the uh, this is the stick, that's (UI) park, drive, reverse

Daoud: Okay, I should be okay. My seatbelt is on (UI) (laughs) You walk there?

[See UCE audio transcript, 9/14/12 at Id, pg. 52 LN 35-41]

UCE exits the Jeep, and while he's walking, Daoud is following him while driving because he already lost where the bar was even though they were right next to it[more on his lack of navigation skills soon]. Then Daoud follows UCE a block or 2 away after parking the Jeep in front of the bar. They hold the remote at the same time.

[Redacted....!:

UCE: Press the button again, brother

UCE: HOW DID THEY KNOW???!?!?!?

SEE AFFIDAVIT]

UM: Hey, hey, hey, hey, hey, keep your hands up, keep your hands

UM: Hey hey hey hey , keep your hands up, keep your hands up. Keep your hands up

UCE: Your Sahaba [companion/friend] DID you tell your Sahaba about this?

UM:  Hey be quiet

UCE: Did you tell your Sahaba

UM: Be quiet

Daoud: No

UCE: He's the one who told on us did you tell him? Then how did they know? How did they find out?

[See UCE audio transtript, 9/14/12 at Id, pg. 53, last page, LN 12-29]

No Way Home

Daoud has horrible navigation skills. When he says, "My navigation sucks," what does he mean?

Daoud didn't ask for a car. Daoud's dad gave him a car to share with his sister to drive to school.

Daoud only knew how to drive to IFS - Islamic Foundation School - at Villa Park. His school and masjid. He didn't know street names, and only knew one route by how it looked. Anywhere else, if he wanted to drive there, he needed a GPS system.

Daoud met UCE at that masjid. UCE wanted to talk to Daoud away from the Masjid. Daoud followed him to the meeting location. When he took pictures of the bar he used his GPS system to get there, 8/25/12 after the 3rd UCE meeting.

[See FBI report 302_004-000001.pdf]

All the places where UCE met Daoud was close to the Masjid, but Daoud still needed help to and from these places. Once he dropped his gas card at the Walmart parking lot and UCE had to go back and get it for him.

File#      Text Messages

7801590 Brother did i leave a shell gas card in ur car?

8/23/12 18:51:24 [Daoud]

78017171730 No brother. Nothing in car

8/23/12 18:52:35 [UCE]

78017220 Usure? yellow gas shell card? [Daoud]

Shiz man icant find it ibrought it w me. make dua [pray] ifind it make sure is not in the car. cuz if it is in there i can take it frm u now

8/23/12 18:56:22 [Daoud]

78016420 I just checked all inside the car. Nothing. Did you check all your pockets

8 9

8/23/12 18:56:22 [UCE]

7801560Q I did but my pocket is half ripped sumtymes i drop things
im looking now in between and inside the seats

8/23/12 18:57:07 [Daoud]

7801808Q Im driving back to parking lot to check

8/23/12 18:58:50 [UCE]

7802054Q I see it on the ground

8/23/12 18:59:51 [UCE]

7801543Q I got it. I will wait for you here.

8/23/12 19:00:46 [UCE]

7801580Q Jazak Allahu khair! Dude do uknow the address of date
place? Is where im at at ur way home brother?

8/23/12 19:01:58 [Daoud]

  Daoud needed the address to put in his GPS, if he was going
to meet UCE there

7802012Q Do u want me to meet u there or the masjid

8/23/12 19:03:19 [UCE]

7801529Q If u go to the masjid dat wud be bttr. Udnt have to
go inside u cud ju$t go by it. Thank u $o much!!!!!! [Daoud]

7801575Q Be there in 5 min [UCE]

8/23/12 19:05:01

8/23/12 19:04:04

7802056Q Jazak Allahu khair SO SORRY MAN

8/23/12 19:05:01 [Daoud]

[See al$o pg. 419 in UCE audio transcripts UC_004 PART 4.pdf
8/23/12]

  On 9/5/2012 Daoud's GPS system broke.

7894220Q Brother can u come back here my gpsisnt working!!!

90

9/5/12 15:10:04

7894338Q 5 min brother. U can follow me

9/5/2012 15:11:46  [UCE]

By the time it was 9/12/12 and 9/13/12 Daoud's GPS was ~~stick~~ still broken.

"adel david: and right now i dnt have a gps so... 2:41pm

piece of dog poo i swear itstopped working for no reason    2:49pm

MDFR: that i*f* ok. we can meet at the masjid and i will drive

it to vi*f*it them. I can drive you back to the masjid    2:50pm"

[See UCE skype text chat, 9/12/12, UC 9-12 Skype, government exibit print out]

"UCE: You think it would be easier if you ju*f*t follow me to

maybe not the Walmart maybe it's too far. maybe like to uh, to

a parking lot close by?

Daoud: But I don't have a GPS to get back to the car

UCE: No I'll drive you back though

[See UCE audio transcript, 9/13/12 print out , pg. 35 LN 11-19]

"UCE: No, no, what we're gonna do is tomorrow I will pick you

up, in that car, from the Masjid. You can drive your car, follow

me the Walmart parking lot. We can park it there. You can leave

your car there. You can jump in my car

[See UCE audio transcript, 9/13/12 print out, pg. 33 LN 3-9]

What would happen if Daoud didn't pu*f*h the button? Daoud didn't

bring hi*f* phone when UCE drove him downtown Chicago. Now what?

[See UCE audio transcript, 9/14/12 printout, pg.6]

Thi*f* scenario was under "contingencies" for the FBI's plan

~~on~~ *for* 9/14/12. The third contingency was that if Daoud didn't pu*f*h

the button, UCE would "abandon Daoud" and take the bomb car "to

a predetermined destination" and claim Daoud was "a spy."

[See FBI report 302_002-000097.pdf, 9/7/12]

Downtown Chicago, 30 minutes away from home, he was no idea where he is. How would Daoud go home?

The 3 priorities

About the 8/6/12 meeting UCE testified,

"Q In your meeting did he tell you any requirements that he would

for a target was chosen?

A Yes. He suggested three priorities for Mr. Daoud. One was that

they wre able to successfully get away. Two, to inflict mass

casualties, as many people as possible. And three, to ensure

that the people understood this was done by Muslim extremists,

and that it made international news."

[See UCE's testimony, 2019 Sentencing transcripts, pg. 311, "Mudafar"

direct by Ardam]

These "3 priorities" were actually used by UCE to entrap Daoud.

UCE promises Daoud over and over they'll get away, and that the

attack would be successful. In all actuality, these were some

of the main reasons why Daoud was never going to do a bombing

to begin with. He wasn't going to do a  terrorist attack with a bomb,

or otherwise, because he didn't want to go to prison before he

could go to the Islamic University of Madinah. He also worried

for his parents if he went to jail. Even if he wouldn't get caught

as UCE promised, there would be no point in killing 3-12 people

or even hundreds of people if people didn't know who did it or

why. The purpose of these attacks is to tell America to stop

bombing Muslim people in other countries. Daoud agreed with this

noble cause and its supporters, but he didn't want to go to prison

and not accomplish the goal which was to protect other people.

He felt he could better accomplish this goal by doing what he

was already doing for years before he discovered the modern Mujahideen,

which was to further his education in Islam. He saw everyone
including scholars being scared to preach Islam properly on what
the Religion says about the just war God named Jihad, and other
controversial issues. People are scared to openly disagree with
the Government about these things. Daoud grew a love for reading
books and being outspoken even if what he said was against status
quo, popular opinion, or government interests. He cannot become
a scholar though if he starts bombing people.

I promise you #1:We will not get caught

"Evidence ss 980 - entrapment - predisposition

   5. With respect to the defense of entrapment, evidence of a
predisposition to do what was once lawful, is not, by itself,
sufficient to show a predisposition to to do what is now illegal,
because there is a common understanding that most people obey
the law even when they disapprove of it

   Annotation: p.703, infra"

[see Supreme court, Keith Jacobson vs. United states 503 US 540,
118 L Ed 2d 174, 112 SCT 1535]

   In this case which was found to be entrapment as a matter of
law, Jacobson's "Bogus Penpal" promised him,

"[W]e have devised a method of getting these to you without prying
eyes of U.S. Customs seizing your [503 US 547] mail..."

   Jacobson bought child porn when it was legal. When it was illegal
he didn't buy more, until the government induced him. One way
they did that was making the above promise.

   So even if somehow Daoud used WMDs legally it wouldn't be enough to
prove predisposition because generally people obey the laws here even
if they disagree with them. What about this case, where Daoud
never even made or attempted

94

if they disagree with them. What about this case, where Daoud ~~now~~ never even made a bomb before, try to make a bomb before, let alone attempt to use one?

Clicket or Ticket. If you can't do the time don't do the crime. Are these moral considerations? Why didn't the police just say: Be a good citizen, yeah! Because this is a lot less effective than practical considerations. If the threat of prison time works on a person, who are the police to whisper in your ear: Do it! - you won't go to prison-? Is that fair? The UCE thought so. "Daoud: See that's the thing I always think I wanna go oøverseas, I wanna go overseas. But I wanna do something here at the same time, bec--

UCE: Before we leave, yes!

Daoud : ...Right

UCE: cause I want the to...

Daoud: but i don't wanna be so open that they take me before I can go alright (laughing)

[See UCE audio transcripts, UC_004 PART 4.pdf, pg 107 LN 31-45, 7/17/12, first meeting]

UCE: you you and I will do it together. So we're not going to get caught

Daoud: So, you know

UCE: I , I swear

Daoud: ... how not to get caught?

[See UCE audio transcripts, at Id, pg. 197, 8/6/12 second meeting]

"UCE: I don't want your parents to suffer and I want you because you're a good [Muslim] brother and you believe. I want for many years... not just one suicide attack and that's it

[See UCE audio transcripts, at Id, pg. 201-206, 8/6/12]

"UCE: I promise you one, we're not gonna get caught

Daoud: Insha Allah

UCE: and we're not gonna be nowhere near the bomb. No one's gonna be able to uh, connect it to us

Daoud: right

UCE: No one's gonna know

[See UCE audio transcripts, at Id, pg. 453 LN 3-14, 9/5/12, 4th meeting]

UCE not only promised Daoud he wouldn't go to jail but he promised no consequences whatsoever. Daoud didn't have to do anything besides take pictures of the bar from <u>the outside</u> hardly better than a Google-Street photo and show up at the Masjid for UCE to take him downtown and push the button.

It's crazy how UCE mentions suicide bombing. Mind you, Daoud supported suicide bombing as a legitimate Islamic war strategy. So why didn't he agree when UCE tried to recruit him to be a suicide bomber?

"UCE: I know. It's explosives obviously you smell all that. You can tell usually before they go they have this peace. You know cuz we always we'll recording

Daoud: Yeah

UCE: You know so, it's just and to have this peace. It's almost as if you can see that they're going... [to paradise]

Daoud: Really, you feel peaceful?

UCE: Yes, it's kinda...

Daoud: (laughs)

UCE: But people would think that like they would get nervous.

96

Daoud: I would, yeah!

UCE: But they don't THey have this peace and you talk to 'em. You almost feel like you, they're already in heaven. Their soul is already in heaven, just a body's gonna be... that's how calm they are"

[See UCE audio transcripts, at Id, page, 175, 8/6/12]

Daoud didn't agree to a suicide attack because, among other reasons, he still had plans to go to school. And I don't think his parents would like that. When Daoud wouldn't agree to a suicide mission, UCE just adjusted the plan to where Daoud would agree. He did not want Daoud to walk away.

Before moving on, look at this post Daoud put on dinhaqq.info, a pro Jihad forum,

"I know but i could also go to jail for using the software and they gave tips not to get in trouble but i don't feel confidant at the moment that i will use the software and keep them from knowing..."

[See post on Dca_001-000090.pdf]

The software here is called "Asrar al Mujahideen" and this was something Daoud read from Inspire Magazine. It's a software that they recommended to send the mujahideen encrypted messages! But they warn that you may be arrested for having it on your compouter, and tips to avoid detection,

"Before we start talking about that, it is important to note that
taht getting caught from the intelligence services for using this program will most likely end you up in prison."

[See INSPIRE issue 2, pg. 58 out of 74]

So if Daoud wouldn't download a software from Inspire magazine

97

out of fear of jail, it's hard to imagine he'd make a bomb.

Max Casualties and International News

"The government did not induce the defendant to try to kill hundreds of people in a terrorist attack. It did not persuade, threaten , or harass the defendant. Nor did it offer him any reward or appeal to his humanistic side to induce him to commit the attack."

[See Government Sentencing Memorandum, Doc #329 Filed 4/26/19 page 16 of 60, PageID #: 2987]

For a reward or enticement to be "humanistic" or even moral is not a condition of inducement.

"The preinvestigation evidence - the Bare Boys magazines - merely indicates a generic inclination to act within a broad range, not all of which is criminal."

[See Keith Jacobson vs. United States 503 US 540, 118 L Ed 2d 174, 112 SCT 1535, pg. 7 under syllabus]

And this is a case where the magazines themselves are the crime - child pornography - that's not predisposition in a case for child pornography - but reading Inspire Magazine, which is totally legal, is proof for Daoud's predisposition fore these charges, according to the U.S. government.

"(b) the strong arguable inference is that, by waiving the banner of individual rights and disparaging the legitimacy and constitutionality of efforts to restrict the availability of sexually explicit materials, the government not only excited the accused interest in sexually explicit materials banned by law, but also exerted substantial pressure on the accused to obtain and read such materials as a part of a fight against censorship

98

and the infringement of individual rights."

[See Id, pg.4]

Supporting Al Qaeda, Bin Laden, Awlaki, or Just Jihad is too broad inclination. One book used against Daoud is entitled 44 Ways to Support Jihad by Shaykh Anwar al Awlaki, may Allah have mercy on him. Many of these things are legal, including learning Arabic and making Islamic songs (nasheeds). These are the 44 ways:

1. Having the right intention

2. Praying to Allah to award you with martyrdom

3. Jihad with your wealth

4. Fundraising for the mujahideen

5. Finanacing a Mujahid

6. Taking care of the family of a Mujahid

7. Sponsoring the family of a Shaheed (Martyr)

8. Sponsoring the families of the prisoners of war

9. Paying your Zakah *yearly charity* to the mujahideen

10. Contributing to the materials needs of the mujahideen

11. Providing Moral support and encouragement for the mujahideen

12. Defending the mujahideen and standing up for them

13. Fighting the lies of the Western Media

14. Exposing the Hypocrites

15. Encouraging others to fight Jihad

16. Protecting the mujahideen and preserving their secrets

17. Praying for the Mujahideen

18. Following the news of Jihad and spreading it

19. Spreading the writing's of the mujahideen and their Scholars

20. the issuance of Fatwas *Religous verdicts* supporting the mujahideen

99

21. Providing the scholars and Imams with information and news about the mujahideen

21. Providing the scholars and Imams with information and news about the mujahideen

22. Physical fitness

23. Arms training

24. First aid training

25. Learning the fiqh of Jihad [Islamic jurisprudence] of Jihad

26. Protecting the Mujahideen and supporting them

27. Developing the Aqeedah of Walaa and Baraa [Islamic concept of Loyalty and Disavowal - Loyalty to Allah, His Messenger, and the believers, diavowal from Satan, disbelief, and disbelievers]

28. Fulfilling our responsibilities toward the Muslim POWs

29. WWW Jihad [supporting Jihad online]

30. Raising our children on the love of Jihad and the mujahideen

31. Avoiding a life of luxury

32. Learning skills that would benefit the mujahideen

33. Joining groups that work for jihad

34Spiritual preparation

35. Guiding others to the scholars of truth

36. Preparing Hijrah [to migrate where you can better practice Islam]

37. Giving Naseehah [sincere advice] to the mujahideen "the mujahideen make mistakes and have shortcomings and need to be given naseehah"

38. Studying the Hadiths of fitan [lit. trials i.e. of the End of times]

39. Exposing Pharaohand and his magicians

40. Nasheeds [Islamic songs]

41. Boycotting the economy of the enemy

42. Learning Arabic

43. Translating Jihad literature into other languages

44. Teaching others about the characteristics of al Taifah al Mansoorah [lit. The saved sect, or the Victorious Group] "The Messenger of Allah [saaws] says: A group of my ummah [nation] would continue fighting, obeying the command of Allah, defeating their enemies and they would not be harmed by those who are against them until the hour starts (the Day of Judgment)" (Related by al Hakim and he stated that the hadith is authentic)"

Another illustration of the kind of stuff that's used against Daoud for this plot is The book of Jihad. A book written before America even existed. Awlaki had a commentary also used as evidence , on the same book. His summary does the book justice, "Dear brothers, thiβ iβ a Islamic study course. And we'll be studying a clasical book. This book was written by Ibn Nuhaas in the 9th hijri century. So that's the 14th century, in the Gregorian calander. So it's an old book. It would be therefore 600 yearβ old. That's when the book was written. Now the book is exclusively on the topic of Jihad. Why are we talking about such a topic? Number one because this is an interval part of Fiqh [Islamic jurisprudence]. Open any book of fiqh, you'll find Kitab al Jihad. So it's part of fiqh. And it's a very important part. HOwever becauβe of the circumstances today it has became very obesecure issue. The issue of Jihad has accumulated

many misinterpretations, many confusions so even though it's such an important principle but it's not clear in the minds of everyone. When I say everyone I mean Muslims. And that's why we want to go study an old book rather than a new one. Because with the Salaf, the old Muslims, most likely they would have it right. Unlike al -khalaf (new generations of Muslims] who amongst them you will find an accumulation of different influences. Now I want to state in the beginning and make it very clear, that our study of this book is not an extortation or an invitation to violence or promotion of violence against an individual or society or state this is a purely an academic study. We're studying a book that is 600 years old. Written by one of the ulema (scholars) of As-Salaf (early Muslims). So that is the extent of what we're doing -a purely academic study of an old traditional book.

The book itself is written in the way that was followed by our old scholars, and that is the chapter would start with Ayatul Quran (verses of the Quran) related to the topic, and then it would go on to mention the ahadith (narrations) of Rasulullah, sallahu alayhi wa sallam (the Messenger of Allah, may Allah bless him and grant him peace) and then he may quote some of the statement -s of the scholars. So the comments of Ibn Nuhaas himself (author/compiler) in his book are very few and far in between. However whenever he does make a comment and SubhanAllah (Glory to Allah) his comments are very concise and to the point"

[See Shaykh Awlaki's commentary on Mashaari... aka the Book of Jihad, 2959659.mp3, 1:01-4:32]

Even ~~when they use~~ Inspire Magazines that Daoud had against him is stretching it. 5 out of the 9 issues do not have bomb

instructions [see INSPIRE issues 3,3,6, 7, & 8] & some of
those issues don't even have the "open source Jihad section"
on how to do any violence [see INSPIRE issues 3 and 7]. Inspire
has all kinds of Islamic articles and they are well written. Take
this section from the first issue about stopping Global Warming:
" This is a message to the whole world about those who cause
climate change and its dangers - intentionally and unintentionally
- and what we must do."

[See INSPIRE 1.pdf "The way to save the Earth" by SHaykh Usamah
bin Laden, may Allah have mercy on him]

   The Cause of Allah is described like this by Shaykh Anwar,
may Allah have mercy on him,

"The image which we should be trying to convey to America is:
'America, if you attack us, we will attack you, if you kill some
of us, we will kill some of you'"

[See Anwar al Awlaki Al Malahem Interview [FULL] at 14:22-14:37]

   Another example of this interview ,'

"My message to the Muslims in general and to those in the Arabian
Peninsula in particular is that we must all participate in this
Jihad against America. Today, it is America who is leading the
international Crusade against the Muslims. America today is the
Pharaoh of the past. We must all take part. Wwe have a glimmer
of hope in this small handful of Mujahideen in Afghanistan, in
Iraq, and in Somalia, who managed to bring the U.S. army to its
knees. Due to this Jihad, the U.S. economy is reeling today.
If this small handful of Mujahideen have managed to defeat America
imagine what would happen if the entire Ummah [Muslim nation]
rose up? America cannot confront the entire Ummah. America is
too weak to do this. America's plots are weak, weaker than a

103

spider's web. America cannot confront this Ummah. All we must
do is take part with our brother Mujahideen and support them
orally physically and financially as much as we can. This is
the obligation upon us today. America seeks to put an end to
Islam and Muslims, but Allah will protect His Religion and He
will defeat America with these Mujahideen. We ask Allah Almighty
to give us a share in this reward."

[See Id, 43:22 - 44:58]

"HOst: We start this interview on the topic of the huge American
and generally Western Media hype about you, accusing you of being
involved in 14 cases in America, Canada, and the UK. What is
the truth about these claims, which the media is spreading and
what is the cause of this campaign against you?

Shaykh Awlaki: The reason behind this campaign is that I am a
Muslim who calls to Islam. The accusatoin is that of incitement:
that I incited Nidal Hasan [may Allah free him], and then Umar
Farooq [may Allah free him], and now these other things which
you mentioned. The common denominator of them all is that I incited
them. Incited them to do what? Incited them towards Jihad, incited
them to the Islam which Allah Almighty revealed in His Quran
and the Sunnah of His Prophet. [May Allah bless him and grant
him peace]. This is the accusation. America today does not want
an Islam which calls to Jihad, which calls to the governance
of Islamic Law or which calls to Wala and Bara [Alliance and
Disavowal]. It does not want these aspects of Islam to be mentioned
or propagated. Rather it wants an American Islam, a liberal ,
democratic, peaceful, and civil Islam as they stated and propagated
in some reports such as the one published by Rand. Today we have

104

have a Fiqh [here, understanding of Islam] of pride and demand
for justice, and we also have a fiqh of humiliation and a culture
of subjugation. A well known official in the CIA said if a Mullah
[Shaykh] Umar stands up against up against us - we will bring
out a Mullah Bradley... it's an American name. In [other] words
he said if you have your truthful scholars, we also have ours,
but they are fake."

[See Awlaki, at Id, 2:36-4:25]

   These are summaries that the Shaykh himself made in a 45 minute
interview which is used against Daoud because he watched and
uploaded it on his Youtube Channel "MajahidNIGGA." It has a great
appeal , reasonably to any Muslim. Awlaki is talking about defending
Muslims who are being slaughtered unjustifiably by America, and
others like them who feel they can do whatever they wish to people
because they are foreigners. He talks about all kinds of support.
You can speak out against America. What's wrong with that? Even
if you are too scared or you're unable to directly partipate
in the Struggle, you can support the Mujahideen with your prayers,
you can support them with your speech. Why does the government
have to be right about everything? They are not right. I think
those terrorists are really on something. I support them. Why
can't I say that? Like Judge COleman said: If I read the magazine,
am I guilty? This is crazy. THink about your religion. You  don't
like my religion. but it's ok, you can hate me and tell me so
it's your right. I respect that. But just think about it do you
want the FBI or CIA standing next to you to interpret the Bible?
Do you think as a Muslim, I appreciate that the Government wants
to interpret Islam for me? That they want to sit next to me while

I read my holy texts, and say: no no no. you can't read that
that's against us. Make an interpretation, a new and false interpretation
that sounds real, about why this part of your religion isn't
really against us. And I say : NO actually according to the scriptures
and how they are meant to be interpretted your enemies are really
following true Islam. THen they lock you up. What right does
the American NONMuslim, Infidel, Nonbelieving government, which
claims to be secular, what right do they have to interpret by
my beliefs? Why can't you take your Shahada , become Muslim and
understand and propagate Islam that's not apologetic, humiliating,
but rather propagate your beliefs with pride, dignity, and against
Government agendas? In this interview and other speeches Awlaki
talks about this a lot. Like, "Battle of the Hearts and Minds"
he talks about Rand Coporation - a think tank that works for
the government openly spelling out how they want to change Islam,
and that if the Muslims don't change their religion, we will
force them to. This is a real issue, and it doesn't matter if
you don't like Islam or terrorists or not. The same idea can
be applied to any belief system. Right now it's easy to make
these cases, pass these laws, because right now, we are talking
about Daoud, terrorists, and evil anti America towel heads. BUt
the concept can be applied to anyone.

Awlaki, may Allah have mercy on him, was a scholar of Islam,
and it's hard to knock what he says because he always has the
book in his hand when speaking. American President barack obama,
ordered his assination with a drone strike. The American government
sent another drone strike and killed, murdered his 15 year old son,
and shortly after that killed his baby daughter, and they were

American citizens. Struck down one by one. I have to agree with
And neither does Daoud
this? I don't. Why can't I say that? Awlaki is called a terrorist

and an extremist today, but in 100 years he might campaigned by all Musl
or                                                                    ims
as a champion of Islam and even free speech and religion because
his Religion
he died preaching Islam. Martin Luther King Jr. was called condemned

, put in jail, and murdered, and people were calling him an Extremist.

Today he has a national holiday. "Never trade freedom for security,"

Ronald Reagon.

Like most Muslims, Daoud also hated America's "Foreign Policy"

against his people. He would also watch a ton of videos of this.

The whole beginning of the "State of the Ummah" by Al Qaeda shows
Z
Americans, zionists, Russians, Serbs, etc slaughter and abuse

Muslim people. Daoud on his channel had films on Chechnya, for

instance, which aren't even fighting  America, but Russia. On

American policies, take this clip for example,
because
"I begged and cried but he held my mouth becasuse of the group

with him and then a man came and said to them: are you finished?

and then he raped me too. And then the 2 star officer put his

hands on my breast and said: hey , you have a nice breast. Isaid:

I can't, and he put me in a small room with a machine gun and

then the 2 star officer came and told her leave her to me."

[ See Daoud's Youtube history, BB_001-0002858.flv - Iraqi's woman's

interview about her experience dealing with the U.S. military]

Started from 1:56 of the video, continued is part of a speech

of an ex-U.S soldier,

" I asked my buddies, well you know we're here to find weapons

of Mass Destruction and they laughted at me. And I said well,

you know, we're here to help the people, and they laughed at

107

me, and so people talk about these people killing American soldiers in Iraq- they're terrorists! They're not terrorists. They're wearing sandals. And they got an AK, and they got 14 year old boys building bombs to kill these American soldiers because we've killed their family. I was ordered to kill those people."
[See video at Id]

The Government has the audacity to use Nasheeds - Islamic songs, to prove that Daoud was planning the bomb plot they came up with. A good illustration is the "terrorist nasheed" translated here's some of it's lyrics:

I am a terrorist

I look at the hills of hittin [Where Salahuddin saved Jeru$alem] *during the Crusades*

I am a terrorist

I terrorize the enemies of the Deen [Islam, the Religion]

BY sword, by fire

We repel the plots of the Evil doer$

And Allah, the Vanqui$her

Gives Victory to the Righteou$ forces

They [our enemies] killed and committed treachery and oppression and explosions

So today woe, woe to the aggressor$"

It starts with a short speech by SHaykh Abdullah Azzam, may *as a Martyr* Allah accept him and have mercy on him, quoting the Quran surah 8 verse 60: Prepare what you can against them from power, and from steeds of war, in order to terrorize the enemies of Allah and your enemy" The Ru$sians invaded Afghanistan and called the Mu$lims who resisted "terrorists." How can the U.S government u$e his speeches against Daoud, when they claimed to have helped

108

the Muslims win that war? Shaykh Abdullah Azzam, may Allah have
mercy on him, said: the Russians are right! We are Terrorists!
I found it, it's in the Quran! Daoud used "terrorist" and identified
himself as a terrorist, but not because he's going to bomb something
or do a terrorist attack. Terrorism, as in terrorist attacks,
is something that Muslims used, and he supported. But Calling
yourself a terroist, the way Daoud did, is just to say you believe
in terrorism against aggressors to defend Justice. An Islamic
terrorist is someone who terrorizes the enemies of Islam in a
way that would please God.

An example of this , as far as what he believed in , can be
found in this chat he had with UCE on skype,
"adel david: dey take our lands, steal from us. mutilate our
children rape our women imprison and torture w THE EVILEST METHODS
to our soliders and all in the name of Shaytaan [satan] dajjal
[the anti-Christ, Jesus, may Allah bless him and grant him peace,
is our Messiah too] and Taghoot [other tyrants and false gods
] and den tell us we cannot fight we can't do anything we have
to be a good citizen, etc   11:12pm
COMPLETELY INSANE and shayookh [islamic scholars, shaykhs] are
backing dem up       11:13pm
What are we supposed to do, just wathc       11:13pm
watch       11:13pm
You either have to be in peace w us (like pay jizya, or have
agreement) ur one of us, or we fight you!        11:16pm
MDFR [UCE] yes this is the agreement that our sheikh should talk
about not passports       11:17pm
passport is a way to control you       11:17pm

adel david: Allah says in the Quran if we didn't have you put
in check all those peoples of the earth there will be corruption
in the earth. SUBHANALLAH [Glory to Allah] LOOK HOW TRUE THESE
WORDS ARE

MDFR [UCE] yes das a real agreement i don't care what my passport
says        11:18pm

[See UCE skype chat at UC8-19 SKYPE_001.pdf, pg. 21-22]

   The only time Daoud hesitated for a moral reason was when a
shaykh [Amir Saeed] told him among other things, that his passport
served a treaty not to hurt Americans.

   He said it would be sinful. 8/14 , FBI already ordered the
car for the car bomb. Look earlier in this discussion,
"adel david: like do you know anyone who studied for maybe 11
years or more?        10:04pm

...

MDFR [UCE] yes I know my sheikh knows them        10:04pm

[See UCE skype chat, at Id, pg. 10]

   He asked multiple times,

"adel david: but can you get a sheikh who studied just as much
or longer dan the sheikh who talked to us telling us the real
fatwah [religious verdict]?        10:18pm

or me the real fatwah        10:18pm

MDFR: our sheik usam bin laden gave his fatwah and he knows more
about jihad than any sheikh in america        10:19pm

my sheikh studied more than 11 years and he has seen what jihad
is and how the kufars fight        10:20pm

[See UCE Skype chat, at Id, pg. 12]

And before UCE induced him, this situation caused Daoud to hesitate,

See -

110



THE VOICE OF KHURASAN

Private Message: Salamu Alikom: Ramadan Karim

**Recipients:** AbdulHaQQ — DAOUD

Saqr Al-Islam — FBI Agent OCE TWO

Salamu Alikong Ramadan Karim

Brother, Aadel, this is your brother Iyad, insha'Allah you are doing well. Is eveything ok with you. you mentioned that you are worried about your security! khair insha'Allah what is going on with u, brother? let me kno.
Fi aman Allah

your brother Iyad.

**Quick Reply**

kno.
Fi aman Allah

your brother Iyad.[/QUOTE]

**GOVERNMENT EXHIBIT**

**OCE TWO DH 3**



**Sagr Al-Islam** ●
Junior Member

FBI

Join Date: Jun 2012
Posts: 2
Jazak Allah: 6
Thanked 10 Times in 2 Posts

**Re: Salamu Akkom; Ramadan Karan**

Quote:

Originally Posted by **AbduLHaQQ**    DAOUD
*Asalamu alaykum*

*yes, recently i have been doing iteekaf, ima make this message short insha'Allah, and i have talked to a few people about jihad and now people here are concerned, and i think there were a few spies here too. they said one or more people want to call homeland security on me. pray for my protection please.*

*masha'Allah though i am very happy for you. you sound excited. i Hope i get to experience what you have in terms of fighting training etc. may Allah give your family patience*



wa alikum alsalam, brother Aadel,    FBI

May Allah SWT accept your siam and 'itikaf in this holy month of Ramadan. I'm very excited for you to think of jihad as it is a major pillar of our deen especially in this holy month of Ramadan. As for spies, they are everywhere indeed. just be careful who u talk to. I've seen your youtube channel and your messages in youtube and I found that there's nothing to worry about as far as jihad. everybody is talking about jihad in the open, so don't really stress yourself much plus u have some margins of freedom there, I mean in america. brother, what is homeland security? is it like our mabahith in the Arabia? if you intend to do something for the cause, you can consult your brother here because we have our experienced mashaykh and they can guide you to do it safely. be brave, brother and remember that this dunia is only a temporary place for us as Muslims. our ummah has been humiliated on the hands of the americans and still is. keep in touch and consult me about your plans. you need to trust the brothers who you talk too and make sure they have the same iman about jihad that you have. I think this forum is more safe than youtube to communicate. As you know, brother I have put my life on the line for jihad, and while writing to you I have my Ak 47 on my shoulder. our group is yet still in the back lines but we've done a lot so far. we are protecting women and children passing into Turkey. pray for our safety. we are going to move to Idlib suburbs soon where the real fighting is taking place. I'm excited for you brother that you r thinking of jihad. May Allah protect you and save you and blind the eyes of the infidel enemies from seeing you. Ramadan kareem insha'Allah.
Fi aman Allah
Your brother Iyad

**Quick Reply**

Message:

message short insha'Allah, and i have talked to a few people
about jihad and now people here are concerned, and i think
there were a few spies here too. they said one or more
people want to call homeland security on me. pray for my
protection please.

112

 





TO FBI →

Private Message: Re: Salamu Alikom; Ramadan Karim

● 5 Hours Ago

**AbduLHaQQ** ○
Member

DAOUD

**Re: Salamu Alikom; Ramadan Karim**

Asalamu alaykum

your messages mean so much to me. jazak Allahu khair. Ramadan kareem, that's so awesome man masha'Allah i hope Allah lessens your fears, and that you have a lot of fun killing the enemies of Allah and saving the Muslims from them. I talk a lot so people overheard me you know what im saying? homeland security is like a government service that makes sure the place is secure and it can basically send me to prison or something Allah alim. I'll pray for your safety insha'Allah. Yes i have someone that can help me do work here but now i don't think i can for now because i think now im on the homeland list or at least now in people's watch more than before so maybe i should stay low. may Allah accept your islam and your prayers and your jihad too

Ameen may the infidels and apostates (like spies) have blind eyes seeing me.

your brother aadel

btw, one brother here even got a shaykh to change my views. So do you know any shayookh with you that can answer my questions? i would like to talk to shaykh that isn't censored by the U.s government or any government. Jazak Allahu khair

**Quick Reply**

Message:

Allah lessens your fears, and that you have a lot of fun killing the enemies of Allah and saving the Muslims from them. I talk a lot so people overheard me you know what im saying? homeland security is like a government service that makes sure the place is secure and it can basically send me to

113

IDFBI_001-000183

That was Daoud telling FBI's OCE "Iyad" that he wasn't going to do the plan anymore out of fear of getting arrested. OCE "Iyad " and UCE "Mudafar" do nothing but egg him on. "Iyad" offered him a fatwah on these things in June and Daoud asked him again for the Fatwah which he never gave.

The writer doesn't agree with the U.S government giving any fatwah. But one thing they are not supposed to do, legally , they are not supposed to provoke him or incite him for the plot they created. BY 11pm Daoud agrees with the agent in the skype chat, who kept adding  fuel to the  fire, which were Daoud's anger over legit greviences.

"UCE: It's gonna be big news. I promise you , brother"
[See UCE Audio transcripts, at UC_004 PART 4.pdf, pg. 452 43-44, 9/5/12]

Daoud: Okay, so how many people?

UCE: It's not gonna be 5 or 12. It's gonna be maybe

Daoud: Insha Allah

[if Allah wills]

UCE: ... hundreds of people

[See UCE audio transcipts, at Id , pg. 464 LN 36-41]

"UCE: It'll be on a Friday night with hundreds of people there... and then when you push this button..

[See UCE audio transcripts, at Id, pg. 571 LN 34-41, 9/13/12]

"UCE: (laughs) You know we're gonna kill a hundred people

Daoud: At least 100 people

UCE: At least, yeah, that's like at least a 100 people and we're gonna injure a lot more

[See UCE audio transcripts, at Id, pg. 573 LN 5-12, 9/13/12]

114

"UCE:... hundreds of people, insha Allah are gonna be dead. All these kuffars are gonna be crying, and it's gonna be like

Daoud: yeah

UCE:... it's gonna be like 9/11. Like the the craziness you saw on 9/11 on TV...

[See UCE audio transcripts, at Id, pg. 579 LN 27-35]

"UCE: They will finally remember. They will suffer the way we have suffered."

[See UCE audio transcripts, at Id pg. 592 LN 8-9]

"UCE: yeah but it's gonna be destroyed and all those people are gonna die

Daoud: How many people do you think are here?

UCE: Oh, in there, insidethe restraunt, and the building at least 200 people brother"

[See UCE audio transcripts, at Id, 9/14/12, pg. 657 LN 38-45]

"UCE: In a few months there's gonna be good news. Insha Allah we're gonna defeat the Americans and they're gonna come home... [from Afghanistan]"

[See UCE audio transcripts, from Id, pg. 357 LN 42-45, 8/23/12]

Why do you think the bomb was 1000 pounds? It wasn't Daoud's idea.

"Q Okay. In this case the ultimate inert bomb that was constructed was a thousand pound car bomb, is that right?

A That is correct

Q Why that -- why was that the bomb that was created?

A Partly because that is essentially the most amount of supplies we can put in a vehicle. And you couldn't fit much more than that. But Also I wanted Mr. Daoud to understand how devastating

this bomb would be...

And I expressed to him in several instances the number of bodies the number of dead people, the destruction, the building that would be destroyed so he could ~~viualize~~ visualize and understand that this will be a devastating explosion. That there will be... people will be killed, and again, with the possibility that he would then take that information, comprehend it, process it, and walk away...

[See UCE's testimony, 2019 Sentencing transcripts, "Mudafar" direct by Ardam, pg. 352 LN 8-25]

You picked the biggest possible bomb, why?

"Q Well why didn't you just tell him that it wasn't proper under Islamic Law or under the hadiths or under anything else?
A Because... everyone of those people who did not agree with Mr. Daoud and his his interpretation of violent Jihad his response was ~~taht~~ that they are wrong. I am right. I am no longer going to listen to them.

So if I were to say the same thing, ~~taht~~ that my sheikh and I do not agree with his interpretation of violent Jihad, <u>he would then turn away</u>"

[See UCE's testimony, 2019 Sentencing transcripts, "Mudafar" cross by Durkin, pg. 377]

"A .. Since he didn't express to me any specific operational plans, but just in general his views on Al-Qaeda and Jihad I wanted him to ~~oentemplate~~ contemplate if he wants to do anything in regards to helping the brothers, and I didn't wwant him to feel any pressure from me or anybody else. So I asked him to think about it on his own during the month of Ramadan, if he wants to help the

116

brother$ in any way"

[See UCE's testimony, 2019 Sentencing transcripts, pg. 281 LN 25, pg. 282 LN 1-7]

So in other words, he didn't have a plan, and you wanted him to make one.

"Q Did the meeting continue?

A yes, the meeting continued

Q Why

A  He wanted to keep discussing his views about religion or Al Qaeda

~~QEDA~~. He just wanted to discuss his views on these topics further

[See UCE's testimony, 2019 Sentencing :Transcripts, "Mudafar" direct by Ardam, pg. 282 LN 11-16]

What UCE meant to say about this first meeting  was - Daoud just wanted to tell me his plan to u$e a suicide car bomb before traveling overseas. I'm sorry, a FLYING SUICIDE  car bomb.

Consider this idea,

"A... And he can spend time alone, on his own accord, write anything down that he wishes so there's no pressure from me."

[See UCE's testimony, 2019 Sentencing transcripts, pg. 382, "Mudafar" cross by Durkin]

UCE wanted Daoud to be alone to write plans, and alone to take photo's

~~phots~~, in order not to pressure him, BUT not during the operation. Why not? It's a fake bomb. UCE instead, remained with Daoud till the moment of his arrest. Daoud and UCE held the remote at the same time when Daoud pushed the button. If that was a real bomb it would have already exploded while UCE was ~~also~~ still holding the detonator. Then UCE let go of the remote and said to Daoud, "Push the button again brother." [See Affadavit]. Take the UCE's logic

117

Let him write alone so we don't pressure him. Let him take
photos alone so we don't pressure him. Let him do the operation
alone so we don't pressure him. But Daoud <u>didn't</u> do the operation
alone. So: Don't let him do the operation alone so we can pressure
him.

118

Part 3: the Criminal Design

~~about the notes and photos and apply it to the bombing.~~ UCE pressured

It was their plan all along Daoud. That's inducement, not predisposition.

The 7th Circuit court of Appeals said FISA has no age limit, so let's do this:

a. Daoud's life

September 1993 He's born with a Palestinian father, and Egyptian mother

1999 6 years old. Plays video games. Loves Mortal Kombat. Attends public school

2001 7 years old. Doesn't understand 9/11. First attempt to fast Ramadan. Gets low grades. Goes to summer school

2003 9 years old. Parents give him Quran translation. Doesn't comprehend much

2004 10 years old. First time he finished Quran translation. Comprehension still low. Starts praying 5 times a day. Attends Muslim Sunday school. Becomes addicted to Nintendo and Playstation. Loves Cartoons [#1 the Simpsons]. Loves America. Goes to Egypt first time. Pyramids suck. Age of Discernment [women are interesting]

2005 11 years old. Can't find Palestine on map in school. Learn why. Hate Israel.

2006 12 years old. Loves South Park [watches more cartoons]. Hates America whenever realized they're killing Mullim people. Disagrees with 9/11 but understands motive. Attends Muslim Saturday school

2007 13 years old. First listen to Awlaki Cds: "the Hereafter" and "Lives of the Prophets" series. Awlaki is still popular and considered a mainstream and moderate Muslim preacher. Daoud had intentions on becoming a defense attorney. Older brother can't

120

end addiction to drugs. Last year Daoud attends public school.
The discovery starts with 7th grade report card

2008 13-14 years old. Attends Islamic Foundation School (IFS)
full time. School under surveillance. 8th grade. First makes
posts on his Youtube account "Adelown"

2010 16 years old. Downloaded all Islamic lectures from kalamullah.com
onto an ipod. Exceeds 2000 mp3 files. Includes all Awlaki lectures.
Likes music for the first time [starting with Michael Jackson,
started getting into Heavy Metal]. Reads life of the Prophet
Muhammad for the first time, may Allah bless him and grant him
peace.Inspires him to read more about history and religion. Reads
the Bible and the GIta. First thoughts of going to Madinah to
study.

   Decides not to go to college and become a comedian instead
of a lawyer

[See EMAIL_001-003203.pdf, 11/22/10, "i have an ipod 30gb black
           man is filled with Islamic lectures LYK TWO THOUSAND
AUDIO"]

2011 17 years old. Changes profession choice from a comedian
to a professor on Islam. Then again to an Imam [aka sheikh ,
shaykh, mullah, scholar]

   Decided to go to Medressah i.e. Islamic school after High school
for 5+ years. Makes plans and ultimately succeeds in graduating
High school a semester early the following year. He did this
as part of his attempt to attend a 6 month intensive Arabic course
in Canada to be ahead of his studies.

   Finds out music is sinful. Listens to nasheeds instead. Eventually
almost completely cuts down from video games and TV because it's

121

a waste of time. Watches super long Conspiracy theory series "the Arrivals." Consequently , searches for and watches Osama bin Laden for the first time. Stopped studying conspiracy theories and starts studying the GLobal Jihad. Quickly becomes a supporter because what they were really preaching as opposed to what he heard about them, was completely in line with Islamic religious texts.

He learns after becoming a supporter of Al Qaeda, that his favorite shaykh growing up, Anwar al Awlaki, also joined Al Qaeda. 2012 Made Powerponit project for a book report for Current Events, senior year, "The Osama bin Laden I Know," and the time of making this report, he's a supporter of Bin Laden, but still thinks 9/11 was an inside job by the U.S. government. Gets an A+.

Thinks of his options for Medressah, ends up getting a chance to get accepted to Madinah University.

Doesn't know that civilian targets are condoned by Al Qaeda until reading Inspire Magazine. He was more into their battles with Russian and American soldiers. Concludes 9/11 was not an inside job by the U.S. government, and was Islamically justified to defend Muslims who were being killed by America and its allies in Muslim countries. Eventually concludes that Islamic law doesn't have a class for civilians, and that suicide bombing is Islamic if done for the right reason. Keeps studying religion and religious law.

Gets accepted to Madinah University a week before being arrested. 1/21/11 YTUBE_001-0000048.pdf, pg. 116. Daoud tells "Qwertyfshag" about wanting to go to Medinah

4/24/11 EMAIL_001-003064.pdf, YOU HAVE TO BE THAT OLD TO BE

122

A PROFESSOR"He tells teacher

4/30/11 YTUBE_001-0000048.pdf, pg. 113 12:44pm, sent "Qwertyfshag"
link to Arabic school in Canada

5/6/11 EMAIL_001-002965.pdf - Information of being an Imam.docx
- Daoud sends that document to himself

5/16/11 EMAIL_001-003604 - sends "America paper" for school,
"so read this and read it clear I don't care what the government
says. I love Al Qaeda, I love Taliban, and I love Osama bin Laden;
and I don't care who says I'm crazy because there's something
I love too, in the Bill of Rights that Americans fought the government
for and this right is called Freedom of speech"

6/14/11 EMAIL_001-003562.pdf, "hey I just finished 11th grade,
and I wish to graduate early.

3/20/12 EMAIL_001-014159.pdf - Daoud emails family friend who
could push his paperwork to attend Madinah University at Saudi
Arabia

5/16/12 EMAIL_001-002858.pdf - He gets the list of documents
to send to the school's website, "Plz see the required docs below
so plz try to send them asap to help you book a seat for you
in the University" oh712003@yahoo.com

  This takes awhile because Daoud had to obtain, scan, convert,
translate, and convert each of the documents before he could
submit them online on their website; in that order; hardest part
was translation. The last translation was for his physical

8/15/12 EMAIL_001-002836.pdf - "We finally got the physical translated."
The FBI ordered the car for the car bomb 8/14/12

9/2/12 EMAIL_001-022922.pdf - "... your order now is under process
with professor in University Islamic in Madina who is considered

a friend of Mohammad... you will get good news - oh712003@yahoo.com
9/7/12 EMAIL_001-023028.pdf - "Hi Adel I received a call about
u today. My friend said u will be accepted for the next year
inshallah. In two months time they will ask u to provide some
docs and finalize your scholarship" mhmd11@gmail.com

That was the email Daoud got news of getting accepted to Madinah.
The date is also when FBI made their final arrest plan
[See FBI report 302_002-000097.pdf, 9/7/12]

They were fully aware of Daoud's plan to go to this University.

Second Report

"Redact!] On or about 5 /15/2012 Chicago queried [Redact...!]
database for any travel conducted by ADEL DAOUD. The following
travel was revealed..."

Every time Daoud got on a plane since 5/31/2004. They also
searched his father and mother's travel records. The last time
being his hajj to Makkah where he consequently visited Madinah
and Jerusalem between 10/29/2011 and 11/19/2011 with his father.

"Although DAOUD previously had been issued a U.S. passport
in August 2011 DAOUD stated in a letter to the USSD taht he
needed a new passport due to traveling to Palestine and having
an Israeli stamp on his passport. Furthermore, DAOUD explained
that he would not be able to enter Saudi Arabia with an Israeli
stamp on his passport. A new passport was issued to DAOUD on
04/12/2012 [Redact....!]

[Redact...!] In conclusion, Chicago [FBI] believes that DAOUD
is currently in the process of enrolling in the Islamic University
of Madinah and intends to travel to Saudi Arabia. Most likely
Daoud is hoping to be enrolled this summer. Although Chicago

124

did not find records of DAOUD's claimed travel to Palestine,
Chicago assesses that DAOUD most likely traveled to Palestine
based on his latest U.S. passport application, the aforementioned
email to oh712003@yahoo.com..."
[See FBI report, 302_002-000004.pdf, 5/20/2012]

The FBI from the beginning of this investigation knew Daoud
was planning to attend University in Saudi Arabia. The aforementioned
email was the person helping Daoud push his paperwork as cited
previously.

Compare that with UCE "Mudafar's" testimony,
"Q This communication was on August 10th?
A   That is correct..."
"A  He states taht that there's a chance he may be accepted at the
Medina school in Saudi Arabia, and he may leave shortly after
Ramadan. And as a result would not be able to complete his operation.
And we as the FBI had no visibility on whether he would be accepted
and how soon he would be departing for Medina. But we understood
that we needed to give Mr.Daoud the opportunity to walk away.
And if he got accepted to this school and he departed without
following through with his plan, that just his decision."
[See UCE's testimony, 2019 sentencing transcripts, "Mudafar"
Direct by Ardam, pg. 323 LN 5-6, LN 18-25, pg. 324 LN 1]

"Q  At this time did you have any knowledge about his applicatio-
nto go to school in Medina?
A  None whatsoever. The FBI had no idea when he would be accepted
or when he would go, but we did not want to pressure Mr. Daoud,
and we did not want to hurry and do this operation before he
departed. Should he get accepted, and go to Medina to study,

then that's what he decides to do. We wanted to actually give him the opportunity to do that by postponing the attack so he's not pressured."

[See UCE's testimony, 2019 Sentencing transcripts, "Mudafar" Direct by Ardam, pg. 326 LN 5-13, still talking about 8/10/12]

The question could have been simply answered with yes or no. But UCE here volunteers information, "we did not want to hurry and do this operation before he departed." No body asked that. Who said you were trying to lock him up before going to Madinah?

b. Inspire Magazine [Yemeni Al Qaeda English magazine]

5/6/12 By this date, after watching a yahoo news report about it, Daoud downloads Inspire Magazine. He is still reading his first issue.

"im still not finishe with the first one."

[See Youtube messages, YTUBE_001-0000048.pdf, pg. 61]

The first issue he read was issue 8.

"i read 8,9, and im almost done w 1 (i got 8 and 9 first then got the rest)"

[See pg. 55 at Id, to OCE "Salah" 5/21/12]

5/9/12 "Daoud using Daoud Account 1, sent himself (i.e., to Daoud Account 1) a link for Inspire magazines, issues one through nine"

[See Daoud complaint, Document #1, page 9 of 36]

5/22/12 This is what Daoud told OCE "Salah" about using the magazines to carry out an attack,

"Well dude i think you should READ IT [Inspire magazines]before thinking about trying any instructions... I'm going to insha'Allah read all of them then if i decide to try any of those instructions ill go back to it."

[See Daoud's Youtube letter to OCE "Salah" at , Government Exibit - OCE ONE - 18]

So he read issue 8,9, and almost 1. Remember there are 9 issues.

6/6/12 "So i am still on issue 2"

[See Daoud's Youtube letter to OCE "Salah" at, Government Exibit - OCE ONE - 31]

6/28/12 " i think im ON issue 5"

[See Daoud's Youtube letter to OCE "Salah", GOvernment exibit, ONE ONE - 44]

127

7/5 /12 "I am reading issue 5"

[See Daoud's youtube letter to OCE "Salah", Government Exibit
- OCE ONE - 49]

7/18/12 "i am still on 5!"

[See Daoud's youtube letter to OCE "Salah", government exibit
- OCE ONE - 49]

"We have been able to copy your [Amazon] kindle onto a disc...
The disc contains all the downloaded material on your Kindle
in readable form with exception of the deleted items."

[See Prosecutor's letter 4/5/23 to Daoud]

In the aforementioned disc only Inspire issues 5, 6, and 7
were present. So not only was he still on issue 5 when the FBI
kidnapped him, he deleted the ~~other~~ he already read issues. He wasn't going back
to look at them.

"hahaha  I read categories of books at a time. I don't read
one by one. i may have too far I though i have over a hundred
or 2 hundred books books to read and im supposed to read 9 hours
a day"

[See Daoud's Youtube letter to OCE "Salah", government exibit
- OCE ONE - 53, 7/11/12]

"obviously there are more books on my kindle so insha'Allah
I want to finish the books on my desk before the end of Ramadan
and insha'Allah after Ramadan I will go to madina."

[See Daoud's letter to OCE "Salah", youtube, government exibit
- OCE ONE - 55, 7/13/12]

The Kindle CD in Daoud's discovery by count has over 365 books
on Islam, Islamic history including the Lives of the Prophet
Muhammad and his companions, may Allah bless them and grant them

128

peace. Lives of the other prophets, may peace be upon them; Islamic law, the Quran, Hadith books, Quranic commentary, books on learning Arabic, books on other religions including but not limited to Hinduism, Christianity, and Satanism/Yazidism; books on American history [ex. A people's history of the united States by howard zinn], world history, and even Arabian nights (a novel). He had books specfically about Jihad but given his collection it makes sense. Was he supposed to ignore wars in religion and history? His ipod was the same way. He listened to a ton of Islamic speakers. He even listened to Hamza Yusuf, who he hated. He possessed lectures on a ton of Islamic topics as well. Examples, marriage and purification of the heart. He was really working on becoming a scholar. He had a ton of books on his desk, as cited in the quotes previously which the FBI took from his desk and never gave back. Some of those books were given away or about to be thrown away and he took them home. He bought close to $200 worth of books on 2 occasions, and was locked up before able to finish the 2nd group. He didn't want to read more stuff on his kindle until he finished the books on his desk.

129

c. Daoud's membership in ansar1.info and dinhaqq.info - Ansar
al Mujahideen and Deen al Haqq pro Jihad social forums - and
FBI's infiltration and attemped infiltration

*attempted*

2/6/12 EMAIL_001-010154.pdf

Daoud gets invitation/validation on ansar1.info

3/22/12  YTUBE_001-0000048.pdf, pg. 75

Daoud's Ansar account is banned,

"my ansarmujahideen account was banned and they said they will
never lift the ban!"

5/10/12 YTUBE_001-0000048.pdf, pg. 58

Daoud is unbanned from Ansar1.info

5/12/12 See Id

Daoud is re-banned from Ansar1.info

5/14/12 OCE "Salah " first contact Daoud

[See "Salah's" youtube message, government exibit, OCE ONE -
1, email]

5/17/12 OCE "Iyad" first contacts Daoud

[See FBI report , 302_002-000011.pdf]

5/19/12 OCE "Iyad" messages, " I wonder brother if you are able
to See the mujahideen forums online," this is his 3rd message
to Daoud

[See letter at , YTUBE_001-000048.pdf, pg. 5]

5/21/12 OCE "Iyad" says, "by the way I tried to register in ansar1.info
but I wasn't able to becasue it's only by invitation. I was wondering

*because*

if you can invite me or one of the brothers that you know on
Ansar"

[See Id, pg. 5]

6/1/12 OCE "Iyad" asks again for an account on ansar1.info, "any

luck on Ansar?"

[See OCE "Iyad's" youtube letter to Daoud, government exibit
, OCE TWO - 22 ]

6/4/12 He never gets re-unbanned from ansar1.info but he invites
both OCEs to dinhaqq.info successfully. This forum is also invitation
only

"o yeah to get you a dinhaqq account insha'Allah (i think i
told you about it) is a terrorist website XD.. Just give me your
email ill tell them to add you. ill tell you when you when to
register insha'Allah"

[See Daoud's letter to OCE "Salah", government exibit - OCE ONE
-25]

"[Redact..!] FBI Chicago identified that ADEL DAOUD was associated
with the dinhaqq.info forum moniker "AbdulHaQQ" subsequent to
the identification, FBI Chicago OCE-4218 identified numerous
posting by "AbdulHaQQ' on the Dinhaqq.info forum. Attached to
this EC as a digital 1A Package is a PDF file identified postings
related to ' AbdulHaqq.; The postings were acquired by OCE -
4218."

[See FBI report, Dca_001-000131.pdf]

[See also FBI report , 302_002-000112.pdf

9/12/12 "capture by OCE"

See also , IDFBI_001-000049.pdf "Salah's " Invitation/Registration
See also any dinhaqq messages from either OCE it shows their
registration date at June 2012. example , IDFBI_001-000103.pdf,
"Salihoon" is "Salah", government exibit - OCE TWO - DH 3, "Saqr
Al- Islam" is OCE "Iyad"

131



132



## Asalam o Alaikum Wa Rahmatullah Wa Barakatu

**Bahadur Noorzai** <bahadurnoorzai@yahoo.com>

Asalam o Alaikum brother

How are you brother,

Brother I got your e-mail address from brother Adel Daoud and he asked me to mail you
He told me that you wanted to join Deen Al Haq and if it is true so brother I have online contacts with Administration to other of Deen Al Haq, Brother first you should go to the forum and register and give your User Name and I will ask the admin brother to activate your account

### Wa Alaikum asalam Wa Rahmatullah Wa Barakatu, brother bahadur,

It is a great shame for me to join Deen Al Haq insha'Allah. Jazaka Allah khair for telling me out and also brother Adel
I just registered in the forum so please make an effort to activate my account insha'Allah we will be long and will our in defending our deen and helping the mujahideen everywhere looking forward to work with you and the other brothers insha'Allah
my user name is

### Saqr Al-Islam

Wa Salam Wa Rahmatullah
your mumin brother in Islam

**Bahadur Noorzai** <bahadurnoorzai@yahoo.com>

Asalam o Alaikum Wa Rahmatullah Wa Barakatu brother,

Brother MashaAllah that you registered in the blessed forum of Deen Al Haq and your account is activated

InshaAllah I will be looking forward to seeing your contribution on Deen Al Haq which is all brothers needs and everyone will be benefited and InshaAllah brother we will be in touch in E-mail or any other source talking if you think it is possible

133

The FBI knew which forums he was on,
"websites: forums.online.com

. Deen Al Haqq

. Jamiah Hafsa Urdu

. Ansar al - Mujahideen Network English language extremist
forum (AMEF)

"

[See FBI Report, 302_002-000032.pdf]

Jamiah Hafsa is the only one that's not invitation only.
" [Redacted..!] FBI-Chicago's captioned Group I UCO will be used
to target Adel David, user of email account arabnigga21@yahoo.com
subject of full FBI international terrorism investigation [redact...!]
captioned Group I UCO will be used to fully explore DAVID"S links
to terrorism, terrorism financing , and other threats to national
security...

... Adel David, believed to be an 18 year old male of Egyptian
and Palestinian descent living in the Greater Chicago area, has
stated on web forum [Redact!] that he read an article on bomb
making in Inspire Magazine and would make the bomb if he could
find the required materials...'
[See FBI report, 302_002-000001.pdf, report 5/15/12, full investigation
started 5/10/12, this is the first report]

The redacted web forum is ansar1.info [See Affadavit]. This
post about "the bomb" doesn't exist for the following reasons:
1. The FBI does not have access to the posts on Ansar1.info.
That's why not only "the bomb" post is not in the complaint,
Grand Jury transcripts, including the one of Parsons cited previously,
it's no where to be found at all. NO POSTS taht Daoud made or

supposedly made in this forum is anywhere in the evidence.

This is because jhuf.net needs no invitation. dinhaqq.info needs an invitation but Daoud invited both OCEs to join successfully. They have all his dinhaqq posts and the post in the Complaint is from dinhaqq.

The FBI's OCEs tried to infiltrate ansar1.info through Daoud, but Daoud was banned 5/12/12, and couldn't invite the OCEs to that forum after they befriended him online. 5/10/12 was the day they said he made "the bomb" post on ansar1.info ,and this was also the day he got his account back on ansar1.info.

Without a user name and password, the FBI didn't have access to the posts of ansar1.info, not even the ones he made or supposedly made. That's why there are no posts he made from this forum anywhere.

135

supposedly made this forum

2. <u>Daoud was unbanned the same day of the launch of the investigation</u>

He emailed himself the 9 issues of Inspire the day before.
Before that he was already reading issue 9 on 5/6/12 then he
read issue 9 and was reading the first issue by 5/21/12.

He has one day to make this post, and that's a problem. Issue
8 doesn't even have a bomb making article. It has how to make
a remote if you have a bomb. Issue 9, which he got at the same
time, has a how to make a fire bomb article- using gas and stereo
phone [that's not hard to find]. Issue One, which he read next,
has the famous article entitled "How to Make a Bomb in the Kitchen
of your Mom." But he just couldn't find the materials, right?

"The Bomb" post was a forgery. The dinhaqq post in the complaint
was the soonest and most similiar post they could find and was
the only post like that quoted during Grand Jury proceedings
with Jeffery Parsons and other FBI / government accounts of what
happened. The forged post was blacked out i.e. redacted due to
"National Security " concerns.

Wow. Great job. This is not the FBI. This is the FIB.  Fibbing
Investigators Bureau. And the Appellate court of the 7th circuit
was aware of this too [See exibit].

They only knew Daoud was on ansar1.info to start with because
they were already spying on his and others' email accounts without
a warrant [See Affidavit].

The Appellate Court knew about this and still justified it.
The FBI/FIB apparently isn't to blame for depending on their
own lies.

136

Appellate Court's Opinion

**UNITED STATES OF AMERICA, Plaintiff-Appellant, v. ADEL DAOUD, Defendant-Appellee.**
**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**
**761 F.3d 678; 2014 U.S. App. LEXIS 20316**
**No. 14-1284**
**June 16, 2014, Decided**
**June 4, 2014, Argued; June 9, 2014, Argued**

**Editorial Information: Subsequent History**

{2014 U.S. App. LEXIS 1}Supplemental Classified Opinion Decided July 14, 2014

**Editorial Information: Prior History**

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. No. 12 CR 723 - Sharon Johnson Coleman, Judge.United States v. Daoud, 2014 U.S. Dist. LEXIS 10716 (N.D. Ill., Jan. 29, 2014)

**Counsel**          For UNITED STATES OF AMERICA, Plaintiff - Appellant: William E. Ridgway, Attorney, Mark E. Schneider, Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Chicago, IL; Jeffrey Michael Smith, Attorney, DEPARTMENT OF JUSTICE, National Security Division, Counterterrorism Section, Washington, DC.
          For ADEL DAOUD, Defendant - Appellee: Thomas Anthony Durkin, Attorney, DURKIN & ROBERTS, Chicago, IL; John D. Cline, Attorney, LAW OFFICE OF JOHN D. CLINE, San Francisco, CA.
          For AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, ELECTRONIC FRONTIER FOUNDATION, Amicus Curiae: Matthew R. Segal, Attorney, ACLU OF MASSACHUSETTS, Boston, MA.
**Judges:** Before POSNER, KANNE, and ROVNER, Circuit Judges.

**CASE SUMMARY**Suppression of information obtained in electronic surveillance of a defendant was not warranted since the applications for surveillance under FISA were free of procedural defects and were supported by probable cause to believe that the defendant was an **agent of a foreign power** engaged in terrorist activity.

**OVERVIEW:** HOLDINGS: [1]-Suppression of information obtained in electronic surveillance of a defendant was not warranted since the applications for surveillance under the Foreign Intelligence Surveillance Act, 50 U.S.C.S. § 1801 et seq., were free of procedural defects and were supported by probable cause to believe that the defendant was an **agent of a foreign power** engaged in terrorist activity; [2]-Even if the applications for surveillance were based on false or inaccurate information from informants, it was not unreasonable for the federal officer to rely on the information in making the applications.

**OUTCOME:** Order reversed.

**LexisNexis Headnotes**

*Governments > Federal Government > Domestic Security*

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

137

*Exhibit E - No Intent before talking to FBI*

Account 2, which continued until on or about September 12, 2012. In summary, OCE2 purported to be a 17 year-old, Australia-based person with a recently-developed interest in violent jihad. During their communications, Daoud recommended that OCE2 read *Inspire* magazine and sent OCE2 a website link to the publication, which OCE2 downloaded. Daoud characterized the magazine as "amazing" and remarked that he may use instructions from the magazine to carry out an attack. With respect to his future plans, Daoud wrote:

*Did I?*

> i need people who are devoted if i don't start my own group (where i am from) then i will go over seas. in each case i will let you know. im trying to invite people to go with me to the cause of Allah. but man is hard to tell people to be terrorists.

*The Din haqq Post*

**Daoud Seeks Guidance Regarding Whether and How to Carry Out an Attack in the United States**

15. On or about May 31, 2012, Daoud posted a comment to a jihad-related internet forum,[14] discussing his interest in carrying out an attack within the United States, modeled on instructions from *Inspire* magazine:

> I live in the United States of America/hypocrisy. I want to in the future insha'Allah go for jihad in the Cause of Allah but I wasn't sure where to go. I wanted to go to Yemen because of the hadith quoted by anwar al awlaki where the prophet (may Allah's peace and blessings be upon him) says that there will be 12,000 that were appear in Abyan [a region in Yemen] and they will be the best between me and them.

[14] Daoud characterized the forum as "a terrorist website" and "a good jihad source with real mujahideen on the site" in communications with OCE2 on or about June 4 and 5, 2012.

138



(from the Quran) and i almost think he going to call for it then he has something general like be a good example or something. lol man I will be the opposite."

b. On or about June 3, 2012, OCE1 asked whether Daoud has "friends in America" who "support jihad too," to which Daoud responded: "i know a few brothers who support jihad and im trying to 'brainwash' more brothers into supporting it."

c. On or about June 4, 2012, OCE1 asked whether Daoud had "ever talked about plans," to which Daoud replied, "i did discuss some plans but with very trusted brothers." Daoud also stated, "encouraging muslims to go for jihad is dawah.[13] inspire magazine was started cuz a verse of the Quran where Allah says to inspire the believers."

d. On or about June 7, 2012, Daoud, using Daoud Account 1, sent an email to OCE1 with documents attached, including "The Book of Jihad."

14. Another FBI undercover employee ("OCE2") sent a message to Daoud Account 1 on or about May 14, 2012, in response to a video Daoud had posted online, which listed the Daoud Account 1 as a point of contact. That same day, Daoud responded. The two then exchanged emails over the next few days, at which point Daoud directed OCE2 to communicate using Daoud

---

[13] "Dawah" is an Arabic term meaning to share the message of Islam.

11

It's such a beautiful hadith and i hope to Allah that i could be among those 12,000.

I have also been reading the english Inspire magaizine. Masha'Allah is the best magazine I have read ...

The point is in this magazine they encourage Muslims in the West especially in the USA to attack IN America. By all means this is something i would consider. But in know that if i started attacking in America i would probably not be able to go to Yemen or anywhere else for Jihad in the Cause of Allah.

Is there a way i could do both, or what's your opinion on that? i personally think it's easier and more rewarding to go to Yemen but at the same time i hate the oppression of the USA and i would love to do something that would hurt it from the inside.

16. In a subsequent posting to the same internet forum, on or about June 2, 2012, Daoud wrote that he recognized "9/11" was "halal,"[15] but requested advice about other circumstances in which Americans may be killed in accordance with the Quran.

17. Between on or about May 29, and on or about June 15, 2012, an individual using a computer located within Daoud's residence[16] viewed a number of videos relating to violent jihad and the propriety of killing Americans, including:

- "We are Terrorists (Sheik Abdullah Azzam)"

---

[15] "Halal" is an Arabic term referring to that which is religiously acceptable according to Islamic law.

[16] Based on the other online activity before and after these videos were viewed (e.g., the checking of accounts associated with Daoud), I believe the online activity described here and elsewhere in this Affidavit was conducted by Daoud.

139






... > User Control Panel > Private Messages > Sent Items
Al salamu alaykum

Welcome, Salihoon.

| User CP | New Posts | Search ▼ | Quick Links ▼ | Log Out |

**Your Control Panel**

Your Profile
Edit Your Details
Profile Privacy
Edit Profile Picture

Networking
Contacts & Friends

Settings & Options
Edit Avatar
Edit Signature
Edit Email & Password
Edit Options
Edit Ignore List

Private Messages ▼
Get Messages
Send New Message
Track Messages
Edit Folders

Subscribed Threads ▼
List Subscriptions

**Private Message: Al salamu alaykum**

**Recipients: AbduLHaQQ**

3 Days Ago

**Salihoon** ●
Junior Member

Join Date: Jun 2012
Posts: 7
Salah/Slam: 1
Thanked 16 Times in 5 Posts

Al salamu alaykum

Al salamu alaykum akhi Adel. This is a test message. I just clicked on your nik and one of the choices to select was the PM.

Wassalam
Your brother in Allah Salah

**Quick Reply**

Message:

[QUOTE=Salihoon]Al salamu alaykum akhi Adel. This is a test message. I just clicked on your nik and one of the choices to select was the PM.

Wassalam



Dinhaqq.info - sample OCE 1 - FBI
["Salihoon = See Join date
["Righteous ones =] FBI
AbduLHaQQ - "Slave of the Truth"
is Daoud

140

IDFBI_001-000103



Handwritten note below image:

Dinhaqq.info - sample OCE 2 - FBI
" Saar al Islam = See Join date
[ " The Eagle of Islam = ] FBI
AbduLHAQQ - "slave of the truth =
is Daoud



**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Barry Jonas*<br>*Assistant United States Attorney* | *Dirksen Federal Courthouse*<br>*219 South Dearborn Street,*<br>*Chicago, IL 60604* | *Direct Line: (312) 886-*<br>*8027* |

April 5, 2023

Adel Daoud, USM #43222-424
c/o Metropolitan Correctional Center
Chicago, IL

Re:     *United States v. Adel Daoud,* No. 12 CR 723/13 CR 703/15 CR 487

Dear Mr. Daoud:

We are writing to address three issues: imaging your electronic devices; the protective measures sought by the government during the sentencing testimony of the FBI undercover agent; and, per the Court's order, providing you a list of the witnesses who will testify during the sentencing hearing.

**Electronic Devices**

You have previously requested complete forensic images of the electronic devices that were seized from your home on the day you were arrested. We are writing to address your request.

The attached is a color-coded spreadsheet which itemizes the items seized from your home (Ex. 1). The items highlighted in red, which include two laptop computers and a desktop computer, were returned to Mr. Durkin and Mr. Herman on or about December 14, 2012. Enclosed is a copy of the receipt for the return of the items (Ex. 2). It is our understanding that, on or about December 17, 2012, your father picked up the returned items from Mr. Herman. Enclosed is a copy of the note reflecting that action (Ex. 3). Also enclosed is an FBI serial reflecting the return of some of the items (Ex. 6).

The items highlighted in green are the electronic devices that are still in the possession of the government. As you may be aware, at the government request, the Court ordered the government to make "full logical copies and full data extractions of the defendant's electronic devices in the government's possession." Since the issuance of the order, the government has looked further into its ability to make images of all 12 of the electronic devices and has learned that there are several obstacles to doing so.

142

First, the provision of hard drives. In order to make the images, each device needs to be copied onto its own hard drive. Typically, and as happened in this case, the defendant must provide a blank hard drive if he or she wishes to have the government create a forensic image of an electronic device (see attached discovery letter dated November 16, 2012, informing Mr. Durkin to provide a blank hard drive if you or he wanted any forensic copies of electronic media (Ex. 4)). The U.S. Attorney's Office does not currently possess 12 blank hard drives.

Second, the MCC, for security reasons as we understand it, has stated a preference for not providing you with an additional 12 hard drives.

Third, due to the nature of some of the electronic devices, the FBI would be required to send the device(s) to FBI headquarters to create full forensic images, which could take weeks or even months, jeopardizing your ability to review the material in time for the June 20th sentencing hearing.

Finally, in order to make a 100% image of any device, the image would require an executable software that, it is our understanding, the MCC does not have or allow on its computers. The full logical copies are images that are readable by you on the MCC computers but may not include every digit of information contained on the device.

To address these issues, the government proposes the following:

We have been able to copy your Kindle onto a disc (it is our understanding through your standby counsel that you are primarily concerned with reviewing the Kindle so we focused on that device). The disc contains all the downloaded material on your Kindle in a readable form with the exception of the deleted items. The RCFL has been able to see, but not access, what has been deleted and it may be possible to recover those items but to do so would require the Kindle to be sent to FBI Headquarters. Included with this letter is the copy of the Kindle disc (RCFL_007) and a screenshot of the deleted items (Ex. 5). The disc does not contain the executable program entitled "spywareterminatorsetup.exe(1)"because that program contained malware.

Additionally, if you want to review any of the electronic devices still in the government's possession, to include the Kindle, or any of the other items identified in the spreadsheet (other than the items that have been returned), we can either bring you over to the U.S. Attorney's Office and have you review the items along with your stand-by counsel (we will not agree to this proposal unless your stand by counsel is present in the room with you) or we can return the devices/material to your stand-by counsel. It is our expectation though, that the MCC will not allow you to possess the

143

original devices at the MCC (we can inquire if you would like). Please let us know through your standby counsel if you wish to exercise either of the options.

### Protective Measures for the Undercover Agent's Sentencing Testimony

On March 27, 2023, the government filed the enclosed motion for a protective order seeking certain measures to be put in place when the undercover agent testifies. The measures are the same that Judge Coleman put into place during the first sentencing hearing. The specific measures we seek are set forth in the motion.

A classified companion motion in support of the motion for a protective order, has also been filed *ex parte*, and under seal. A copy will not be made available to you.

### Sentencing Hearing Witnesses

The government anticipates calling the following witnesses to testify during the sentencing hearing:

1) FBI Special Agent Jeff Parsons. Agent Parsons will address the sentencing exhibits that have previously been provided to you.

2) Mudaffar – the FBI undercover agent a/k/a undercover employee (UCE). Mudaffar will testify about your communications and meetings with him.

In addition to calling these two witnesses, the government will play some of the recordings from your prison cell when you were housed with "Vino." The government will also play the victim impact video of Justin Hancock.

Please let us know if you have any questions or wish to discuss any of the information contained in this letter.

Very truly yours,

MORRIS PASQUAL
Acting United States Attorney

By:  *s/Barry Jonas*
BARRY JONAS
TIFFANY ARDAM
Assistant United States Attorneys

CC:
Quinn A. Michaelis, Esq.

144

D. Subtle inferences to the Plot by Agents the entire investigation

"In June 2012, one of the FBI online covert employees told
defendant about a ~~purprted~~ purported cousin who resided in New York and
was an operational terrorist."

[See Government's "Factual" Basis pg. 9, Document #302, page
id #2455]

The reality however i~~s~~ ~~taht~~ that this cousin was brought up from
the beginning.

5/21/12 OCE "Salah" says,

"Akhi [my brother] I have a cousin who was forced by his parents
to leave Australia because they thought he was becoming extreme
in Din [Religion], and now he is living with one of my uncles
on the eastern coast."

[See OCE "Salah's" youtube letter to Daoud, IDFBI_001-000036.pdf]

The 4th report, FBI, 302_002-000011.pdf, on 6/20/12, was the
most authentic when it said, "In order to infiltrate DAOUD"S
group of friends, OCE [Redact!] will notify DAOUD that his aforementioned
cousin..."

They wanted to lock up Daoud. They wanted him to have co-defendants.
This is consistent as to why on 6/29/12 they interviewed his
father using a pretext. This is the fifth FBI report,
"On 06/29/2012 FBI Chicago interviewed the father of the captioned
[Redact!] subject ADEL DAOUD, utilizing a suitable pretext, in
order to assess the father's overall behavior and cooperation
level with law enforcement... AHMAD would likely be open to
future contact with the FBI and might even encourage his son
to cooperate with the FBI if he felt his son was in trouble with
the law."

145

[See FBI report, 302_002-000015.pdf, 7/13/12]

Thi$ is inconsistent of the 7/17/12 report - 302_002-000022.pdf
- that this cou$in was only talked about since June

"During the last month of communication between DAOUD and OCE
[redact!] OCE [redact!] has indicated to DAOUD he has a 'cousin'
residing in the United States..."

The FBI was planning this plot the whole investigation, hoping
to get co -defendants, like I said. That idea i$ consistent to
why UCE solicited Daoud's "Sahaba" [friends, companions]
"MDFR : maybe you can bring one of your $ahaba that your really
really tru$t and can help u$   11:4PM"
11:24PM"

[See UCE skype chat, Government exibit, UC 8-10 SKYPE]

"MDFR: please be careful only the sahaba you really reallty
reallty tru$t   11:38PM]

[See UCE skype chat, at Id]

"UCE: Your $ahaba. Did you tell your $ahaba about thi$?
UCE: Did you tell your $ahaba
UM: Be quiet
UCE: He's the one who told on u$ did you tell him?...

[See last page UCE Audio transcripts 9/14/2012]
Daoud:: No

UCE: He's the one who told on u$ did you tell him?...

[See Last page, UCE  Audio transcripts, 9/14/12]

Thi$ i$ why OCE "Iyad" asked Daoud if he had like minded friends,

"tell me brother Aadel, do you have friends in America that
support Jihad too?"

[See OCE "Iyad's" Youtube letter to Daoud, government exibit

146

- OCE TWO - 24, 6/3/12]

The same online agent asks again,

"Do you have black Muslim friends? I wonder how they think of
the deen [religion] and Jihad!"

[See OCE "Iyad's" email ̶ ̶ ̶ ̶ to Daoud, government exibit
- OCE TWO - 37, 6/8/12]

Daoud told that same online agent that ,

"he only trusts a few select individuals to discuss his plan."
[See FBI report, 302_002-000011.pdf, 6/20/12]

Let's ~~see the rest of~~ <sup>see</sup> that message,

"i did discuss some plans but with very trusted brothers. i don't
have a gun. mannn my parents would already freak out if they
saw me buy a gun and using it. maybe when im not living with
my parents i will get my own gun"

[See Youtube letter, from Daoud to OCE "Iyad", IDFBI_001-000062.pdf,
6/4/12]

If that's how Daoud felt about bringing a gun, what about making
a bomb?

"Furthermore in a response to OCE [Redact!]'s planned travel
to the United States on 06/30/2012, DAOUD responded, "I have
an idea that's pretty realistic if you come insha'Allah"
[See FBI report 302_002-000022    7/17/12]

While reading further think if this describes Daoud as "a defendant
who lacks the means to commit the crime when first approached
by the government is nonetheless predisposed if he 'had the idea
for the crime all worked out' and lacked merely the present means
to commit it and if the government had not supplied [the means]
someone else very well might have." [taken from Mayfield]

147

This explanation will consist of a few messages

6/28/12

Daoud said among other things, "I have one idea that i think might work but im not totally decided yet. it seems likely that i will insha'Allah go overseas for Jihad, so i might give you the choice to either come with me or to do operations on my behalf (and encourage others to participate with you )"

[See Daoud's youtube letter to "OCE " Salah", IDFBI_001-000100.pdf, 6/28/12]

Daoud "giving" OCE "Salah" the "choice" to do something is because ~~becasue~~ since commicating "Salah" would say things like,

"So akhi [my brother] inshaAllah I will learn from your advice and I nominate you as my amir [commander]"

[See OCE "Salah's" email to Daoud, government exibit - OCE ONE -13, 5/21/12]

The following is more parts of the message cited in the FBI report,

"i am trying to find ideas on how i can go overseas and do do work here at the same time , so im thinking about sending people to do work here while i do work overseas (like go overseas, and tell them and command brothers here what targets etc). this idea is still in development though.

Insha'Allah, Allah will give me guidance. Iam still arguing to myself and thinking what to do. My advice now is to train physically as you have been doing, mentally, read books about Islam, fiqh, tafsir, history, etc read books on military skills and so forth ; spirittually pray read Quran etc

~~and i~~ still live with my parents brother and would advise that

148

if you did something like that you should take help from your
cousin (does he have his own place by the way?) and plan this
out (like where you will stay  etc)cuz I invited friends before
but only for a day max (to sleep over). I have an idea that's
pretty realistic if you come insha'Allah. Maybe you can come
here and then come for iteekaf [staying over the masjid last
10 days of Ramadan]

   operations however take time. I am still coming up with ideas
on what to do So when i know for sure what i want done and what
to do etc ill let you know. but im starting to back away from
operations here (it's worrying me a bit) and just go overseas
[See Daoud's Youtube letter to OCE "salah", IDFBI_001-000102.pdf,
6/30/12]

   Is it a surprise then that,
"the OCEs never discussed a specific plot. See Generally OCE
ONE     1-95 and  OCE TWO 1-84"
[See 2019 Government Sentencing Memorandum Document #329, page
17 of 60]

   Why did the OCES never discuss a specific plot? Because Daoud
never brought up a specific plot. Daoud was not planning a bombing
[See Affidavit]. The following are messages that
This is the messages after. These are from an
FBI Report where it shows messages back and forth between Daoud
and the agents [Quoted below, DCa_001-000455.pdf]
"Salah": Akhi [my brother] if I make it to america and we meet
would you consider me in your idea? Just the thought of that
makes me want to come to america tomorrow : -) Wallah [by Allah]
Im ready Allah knows whats in my heart
  My cousin's name is Mudaffer... He should be home before Ramadan

starts, wow Ramadan is here again. Wallah [by Allah] its the
best time of the year for me"

[See Id, 7/3/12, pg. 3-4 out of 11]

"Salah": How did you do it the first time when you began to
think about Jihad/ I am exactly where you were then

Daoud: i don't know exactly when i started really seriously thinking
about Jihad but i remember mentioning to my dad about it. but
my love for Jihad i think came from ~~teh~~ the Quran, the Seerah [life
of the prophet, may Allah bless him and grant him peace], the
sahaba [his companions] and then some other stories of Jihad

Most of the people i give dawah (for them to support Jihad)
already agreed with a lot of the things i was saying but were
like you and wanted to talk or they needed someone to discuss
these things with. So they are easy to educate them a little
about the issue then they support right away. then you have others
that will just think you're a terrorist or just miss the point
entirely          staying over the Masjid

 I think my iteekaf thing was the most realistic way. i want
to go overseas in Madina to learn the deen [religion] insha'Allah
after Ramadan, so just letting you know...  i have a lot of ideas..
as i only have ideas  for inside this country but any ideas you
have I'm open."

[See Id, 7/3/12, pg. 5-6 out of 11]

Daoud didn't know why "Salah" wanted to move from Australia,
where he said he was, from, to America [compare with Report 7/17/12 pg. 147]

"I don't know if im going to have a group for sure... I'm
either making my own group, or im going overseas insha'Allah...
but i'm still considering about reason you want to go to new

but I'm still confused on the exact reason you want to go to
new york, is it cuz what i said (about the group)?

[See Government exibit - OCE ONE - 29, 6/5/12, to OCE "Salah"]

" i only have ideas for inside this country." Doesn't that
sound like when Daoud said 9/13/2012,

"Daoud: Cuz before it was just fantasies. You know I only imagined
doing something like this

UCE: and now it's gonna be real, brother"

[See UCE Audio transcript, 9/13/12, pg. 66 or pg. 595 at UC_004
PART 4.pdf, LN 3-7]

You making his fantasies real; that's illegal. He's blameless.

Under the conversation cited in 7/3/12 - DCa_001-000455.pdf
- there are 7 points which are Redacted. These were 7 points
made by OCE "Salah." Closely paraphrasing this is what he said:

Based on his communications with Daoud he concluded

1. That Daoud understands the implications of his statements

2. That Daoud told his father about his interest at some point

3. That Daoud understands his motivation for Jihad and the religious
justification for such

4. That Daoud does not see a distinction between civilians and
military personell. That his Radicalization is at at an advanced
stage and any attempt to persuade him to a different idea or
concept is unlikely to succeed

5. That he plans to study abroad at Madinah University with the
goal of eventually join an armed jihadist confict abroad, but
still remains devoted for armed jihadist action in the United
States.

6. That should he be stopped from traveling by say, law enforcement

151

then committing an armed jihadist attack in the U.S. will become his priority

7. That Daoud's ability and willingness to Radicalize others makes him a threat that could only increase with time

## Note about Radicalization

What's the significance of the OCE's question, "How did you do it the first time when you began to think about Jihad?" What was Daoud's answer?

"i don't know exactly wheni started really seriously thinking about Jihad but i remember mentioning to my dad about it but my love for jihad i think came from the Quran, the seerah, the sahaba, and then some other stories of jihad"

What was the point OCE made to this?

"That Daoud told his father about his interest at some point" and

"That Daoud understands his motivation for jihad and the religious justification for such"

They wanted to know if he really understands why he supports jihad. He does because he clearly says where he got the concept from [ie. the Quran, the seerah, the sahaba, ie. religious texts]

OCE "Iyad"asked the same question,

"Masha'Allah! I'm wondering what made you so multazim with your deen[religion] and supportative of jihad while living in balad al kuffar! [Land of the non-believers] Tell me brother, how it all started? Was it your parents or older brothers who directed you to embrace this deen al haq [the religion of the truth]in the right way? It is really hard to find a young man in your age with this Islamic mentality in America!"

[See Government Exibit - OCE TWO - 37, 6/8/12]

When Daoud says, "Most of the people i give dawah (for them to support jihad)..."

OCE notes, "That Daoud's ability and willingness to Radicalize

others makes him a threat that could only increase with time,"

SO what makes him a threat is his "Radicalizing others" not "the bomb" plot he never made. And that's again, not an imminent threat [i.e. to radicalize others]. An imminent threat would be what they said when they charged Daoud. That's right. "The bomb" plot.

What's Radicalizing others? "Giving people dawah to support Jihad." Dawah means calling ~~pepole~~ people to Islam. If you're not Muslim, i can give you Dawah by calling you to Islam. I would then proceed to tell you ~~why~~ how you should become a Muslim because Islam is the truth and God's true religion. If you're Muslim but you don't pray, don't read Quran, or in this case you don't understand the concept of Jihad, and I explain to you where in the ~~religoiu~~ religious texts it says to pray, how to pray, how much Quran you should be reading, or how Jihad was understood by the Prophet Muhammad , may Allah bless him and grant him peace, this all falls under "Dawah" because these things fall under Islam. The fact that Daoud understands his own Radicalization, and where he learned the concept of Jihad from in religious texts, means he can teach it to others. This makes him a threat. It can only increase with time through studying and teaching the Religion.

Let's define "Radical"

Radical 'radi3l  adjective 1. relating to the basic nature of something: fundamental: She made radical changes in her life 2. Supporting complete political or social reform 3. departing from tradition; innovative or progressive 4. mathematics relating to the root of a number or quantity

[See Oxford American Dictionary and Thesaurus]

Daoud is a "Radical" Muslim because he's an Islamic Fundamentalist. He doesn't understand his religion by local custom. He seeks to understand Islam from its fundamental Sources: the Qur$\wedge$n and the Sunnah. The Sunnah is the example of Prophet Muhammad, may Allah bless him and grant him peaCE. This would reasonably lead to the conclusion that society needs total reform. If Daoud radicalizes someone it means he calls people to the fundamental aspects of the Religion rather than common understanding or custom. Radical Islam is Islam by the Book. It means nothing else. This is what I mean, this is what Daoud means, and this is what the Government means, but they refuse to openly acknowledge this publicly. With exceptions [Donald Trump for example]. Why else would it be relevant for the Prosecutors to quote Qur$\wedge$n and Hadith against Daoud at sentencing [see introduction].?

Here's a parable in American history: think about Mormons and Joesph Smith. Mormons used to believe in, among other things, marrying a maximum number of wives. To protect their right to fully practice their religion, they fought the U.S. government. When they lost, their prophet at the time (not Joesph Smith) makes the announcement: I just got a revelation! God says we can only have one wife now!

So the mainstream church now, no longer believes that and finds ways to sugarcoat their history. The Mormons who are serious enough to read their history and scriptures completely disagree with the status quo because this is something their prophet Joesph Smith really believed in. Mormons have a number of Fundamentalist Churches, and Fundamentalists who don't belong to any church. Only when this actually leads to a crime are any of them arrested.

155

The government doesn't and shouldn't "test their commitment" or "see if they're serious" about their Religious beliefs like the FBI and prosecutors did to Daoud because he's a Muslim. The foresaid summary and the following quote comes from the book, Under the Banner of Heaven - A story of Violent Faith by Jon Krakauer,

"There is a dark side to religious devotion that is too often ignored or denied. As a means of motivating people to be cruel or inhumane - as a means of inciting evil, to borrow the vocabulary of the devout - there may be no more potent force than religion. When the subject of religiously inspired bloodshed comes up, many Americans immediately think of Islamic Fundamentalism, which is to be expected in the wake of the September 11 attacks on New York and Washington. But men have been committing heinous acts in the name of God ever since mankind began believing in deities, and extremists exist within all religions. Muhammad is not the only prophet whose words have been used to sanction barbarism; history has not lacked for Christians, Jews, Hindus, Sikhs, and even Buddhists who have been motivated by scripture to butcher innocents. Plenty of these religious extremists have been home-grown, corn-fed Americans.

Faith-based violence was present long before Osama bin Laden and it will be with us long after his demise. Religious zealots like Bin Laden, David Koresk, Jim Jones, Shoko Asahara, and Dan Lafferty are common to every age... In any human endeavor, some fraction of its practioners will be motivated to pursue that activity with such concentrated force, and unalloyed passion that it will consume them utterly. One has to look no further

156

than individuals who feel compelled to devote their lives to becoming concert pianists, say, or climbing Mount Everest.

For some, the province of the extreme holds an allure that's irrestible. And a certain percentage of such fanatics will inevitably fixate on matters of the spirit.

The zealot may be outwardly motivated by the anticipation of a great reward at the other end - wealth, fame, eternal salvation - but the real recompense is probably the obsession itself. This is no less true for the religious fanatic than for the fanatical pianist or fanatical mountain climber."

[See Id, pg. XXI - XXII]

And all these FBI reports were secretly labeled under "Sunni Extremism" and "the Shabaka Ranger." Daoud is a sunni Muslim. Other than the fact that Shabaka sounds like Arabic or Hebrew, the writer does not know what ~~taht~~ that is. Joshua Herman does though. [See Affidavit]

157

### E. More Subtle inferences to the Plot and the Nature of the Inducement

"UCE: First Allah, then you, brother. First Allah, then you
for doin all this. For helping me brother

Daoud: Jazak Alakhair [May Allah compensate you with good]

UCE: cuz I couldn't do this without you, brother. I can't do
this, I can't do this alone. I'm just one person you know"
[See UCE Audio transcripts, 9/13/12 printout, pg. 65 LN 13-22]

"UCE:... it is motivation and I know that at least in this
country there are brothers who believe in Jihad the way I do
and the way you do

Daoud: yeah

UCE: That makes me feel very good, brother. I love you for the
sake of Allah, brother"
[See UCE Audio transcript, 9/13/12 print out, pg. 83 LN 2-11]

"How can I find someone I can trust to take me to the fight?
I can't talk to anyone at the masjid[Muslim church] and I don't
think any of my friends understands me... They are so in love
with this dunya [the life of this world] it makes me sick. Akhi
[my brother] I am desperate I have no experience and I only need
a hint or a good brother to talk to who can guide me. Allah Subhanuhu
wa Taala [the Creator, Glorified and High] willed that we crossed
paths so if you can help me Jazaka Allahu khayran [May Allah
compensate you with good] now and in the akhira [afterlife] and
I hope you understand me. I will keep you in my dua [prayers]
akhi [my brother]. I feel the truth and iman [faith] is in your
heart. Your brother in Allah"
[See OCE "Saluh's" email to Daoud, 5/15/2012, IDFBI_001-000013.pdf]

"Please remember my parents in your dua [prayers]... say duaa

158

for my cousin [the UCE "Mudafar"]... say dua for all the Al -
[His "family," code name Salah Al- Hani]
Hani family... say duaa for all the mujahideen [Muslims, fighting for
Jihad]... say dua for our ummah [Muslim nation]... please say
dua for our brothers and sisters in Syria and Iraq and Afghanistan.
Please say dua for all of Muslim children who are hungry and
scared and suffering because aside from the attacks by the kuffar
[disbelievers] their own Muslim brothers are not paying attention
to their condition... please say dua for me... I love you for
Allah's sake, and I thank Him for putting you on my path."
[See OCE "Salah's" Youtube letter to Daoud, IDFBI_001-000101.pdf,
7/26/12]

"You are in my duaa [prayers] always akhi [my brother] and
may Allah subhanuhu wa taala [the Creator Glorified and High]
guide you always, and give you success and grant you your wishes.
Akhi [my brother] insha Allah [if Allah will] you will let you
know if I ask too many questions and I will understand... your
very grateful younger brother"
[See OCE "Salah's" Youtube letter to Daoud, government exibit
- OCE ONE -17, 5/22/12]

"I love you for His sake brother and inshaAllah he will use
us for His glory and the glory of out [our] Deen [religion]"
[See OCE "Salah's" youtube letter, 9/2/12, government exibit
ONE ONE -94, ]

"Akhi [my brother] Adel Allah knows how much I love you for
His sake subhahuhu wa Taala [glorified and high]. Jazaka Allahu
khayran [may Allah compensate you with good] for every word of
advice and guidance. May Allah answer your duaa and you go to
study and inshaAllah become a famous aalim [scholar]. Famous

only for His sake."

[See OCE "Salah's" youtube letter to Daoud, government exibit, OCE ONE- 59 , 7/15/12]

"... look at Yemen and how the mujahideen [Muslims fighting for Jihad] apply shar'Allah [the legislation of Allah] in Abyan and Ja'ar. I have seen reports where Muslims express their happiness at gaining their dignity for the first time because they were rightfully treated by Ansar al - Sharia [aka Al Qaeda in the Arabian Peninsula i.e. in yemen] , or in Somalia where Harakat al - shabab made tremendous and successful efforts to ease life on our Muslim brothers there..."

[See youtube letter from OCE "Iyad", IDFBI_001-000008.pdf, 5/19/12]

"... I'm with you akhi [my brother], the cowardice literally makes me sick. One either lives his life like a sheep or a lion, and subhan Allah [Glory to Allah] , the ummah [muslim nation] was asleep for a looong time. Just a handful of mujahideen [Muslims fighting for Jihad] and things are finally turning around and the world is paying attention and thinking twice before committing to another adventure... Islam over ALL!"

[See OCE "Salah's" email, IDFBI_001-000012.pdf, 5/14/12]

"Akhi [my brother] I have thought about this and I am at a point where I either talk to someone and hope to reach the right brothers or sit and give up like the millions of muslims while our ummah [muslim nation] is getting raped..."

[See OCE "Salah's" email, IDFBI_001-000033.pdf, 5/18/12]

"You know, brother I'm very concerned with what is happening to our Muslim brothers in Syria and the problem is that no one

160

is doing anything to stop the massacre..."

[See youtube letter by OCE "Iyad", IDFBI_001-00067.pdf, 5/28/12]

"... like I told you before this deen [religion] will not rise except by Jihad and insha'Allah we are for it to the end!"

[See youtube letter from OCE "Iyad", IDFBI_001-000084.pdf, 6/8/12]

"I have no doubt that this deen [religion] will not rise on this earth except by Jihad in the path of Allah and that's why I can't watch idly like a girl and see Muslims brutally killed like sheep in Syria and Yemen therefore I've decided to make my move and insha'Allah will show the whole world what a Muslim can do to defend his deen [religion]!"

[See youtube letter from OCE "Iyad", IDFBI_001-000084.pdf, 6/8/12]

[See youtube letter from OCE "Iyad", government Exibit, OCE TWO -22, 6/1/12]

"I can see that you will be someone who Muslims everywhere will be proud of when they hear you defending your deen[religion] against the kuffar [disbeleivers]

[See youtube letter from OCE "Iyad", government exibit - OCE TWO - 72, 7/23/12]

"I wonder if your mosque sheikh is allowed to speak about things like that or at least what the american infidels are doing in syria?... I have to cross in a smugling way thru Jordan. I'm working on it right now and I should be ready by the end of Ramadan as it is planned."

[See OCE "Iyad's " youtube letter, government exibit - OCE TWO -74, 7/27/12]

"My family now knows that I'm in my way to my charity [jihad] but they tried hard to pull me back but I told them I would die

if I have to do so. now I think they are convinced that their
son is no more a little boy and he can decide for himself...
How are things going with you in america, the kafir [disbelieving],
the americans are equally distributing troubles in our Muslim
lands all over the world. Insha'Allah you Muslims of america
are doing something about changing the evil policies of those
infidels"

[See OCE "Iyad", government exibit OCE TWO 76]

  "I spent sometime with the brothers here on close to real fightingand
I've even shot RPG! I'm ready and fully confidence that I will
serve my deen [religion] in the best way that Allah set for me
but if I'm killed, I pray to Allah to accept me shahid [martyr]
in jannah with His pious prophets... Insha'Allah you will be
a prominent scholar as I mentioned this before, we need you as
a scholar who can stand up and defend his deen [religion] and
guide the mujahideen in their fight elavate deen al haq [the
religion of the truth]...

  Brother you said you are trying to do something there [this
is while Daoud is getting set up by the UCE]. AlhamduliAllah
[all praise is due to Allah] that will be nice because it is
obvious that everyone of us should do his part and as a Muslim
you can at least do something along with the people in your mosque
or maybe with your sheikh to ease the sufferings of our Muslim
brothers and sisters in Syria..."

[See OCE "Iyad", government exibit, OCE TWO - 78- 8/13/12]

  "Brother , I initially told them to make my move any day in
Ramadan but they told me to wait until the end of Ramadan so
I'm planning and preparing myself insha'Allah"

162

[See OCE "Iyad", IDFBI_001-000147.pdf, 7/20/12]

  "Iyad" made Hijrah [migration] from Saudi Arabia to Syria for Jihad. He didn't just talk about it. "Salah" said he lived in Australia and made Hijrah to do jihad with his cousin in America. Daoud's new friends were going but he wasn't. "Iyad" said he had to wait after Ramadan was over to fight in Syria. "Mudafar" the UCE, told Daoud the same thing. Wait until Ramadan is over. The government took full advantage of the fact Ramadan was scheduled to end shortly before 9/11. Jihad is often translated as "Holy War" for a reason. It's a sacred and righteous ᵈᵘᵗʸ deed. Islamic law explains when this is ᶠᵒʳ ᵗʰᵉ ᶦⁿᵈᶦᵛᵈᵘᵃˡ voluntary or not. When it's an obligation - not voluntary - it's a major Sin to abandon it. Daoud's ~~beleif~~ ᵇᵉˡᶦᵉᶠ is he had to help with Jihad - generally - because of Muslim suffering due to invasions and occupations in the Muslim world. Fard Ayn - an individual obligation- a term used against him by the prosecutor - means in this context that because Muslims are being attacked, Daoud felt responsible for the ʷᵃʳ⁻ᶜᵃᵘˢᵉᵈ suffering of all Muslim people in the world ~~that's being attacked~~. Ramadan is the month you ask Allah for forgiveness and you strive to be a better person. Why not plan on how to be a better person by thinking about Jihad?

  "UCE: Yeah [America] kill₄ innocent Muslims just because they're in the village. They're not doing anything."
[See UCE Audio transcripts, 7/17/12 printout, pg. 7 LN 14-16]

  "UCE: I know. I know. and that's the, the battle that I fought inside. I knew that my parents weren't happy that I was going, but when I got there, I think the , their biggest fear was that I was going to get hurt. You know they were afraid.

163

Daoud: yeah, uh, but that's what all parents want. They just want...

UCE: safety

Daoud: ... your, not just safety, but they want you to grow up, have a nice house ...

UCE: I know

Daoud: ... have a nice wife, have a nice family...

UCE: That's that's for this world

Daoud: and die and do the same thing over again

UCE: That's for this world. That's not for me. That's not what I wanted. YOu know when I went, and I was there for a long time and I  I helped the Mujahideen [Muslims fighting for Jihad] brothers and we fought. and I would call my parents once in a while, you know we didn't have phones in Afghanistan. Every one in a while you get ...

Daoud: Not while you're in battle

UCE: Yeah, so once in a while I'ld call and I'll tell them I'm okay. Especially during the month of Ramadan, just so they're at peace. I would tell them that I'm okay during the month of Ramadan."

[See UCE audio transcripts, 7/17/12 print out, pg. 9-10 LN 25-44, LN 1-24]

  "UCE: They realized my parents afterwards realized ~~taht~~ that I was doing  was right. and my father told me afterwards , he said what you did was the right thing to do for deen. It was the right thing to do for Islam. It was hard for, for them as parents to accept it , right away.

Daoud: yeah

164

UCE: But afterwards they did, they prayed for me and they gave
me their permission that what I was doing was right, so...
[See UCE audio transcripts, 7/17/12, pg. LN 41-44, pg. 11 LN
1-11] Lesson here: Ask your parents when we're done.
" UCE: Even the young fight, 10-12 year olds they fight and the
fight strong. In America it's hard to find --"
[See UCE Audio transcripts, pg. 13 7/17/12 print out, LN
12-16]
" "UCE: ... Yeah, It's hard to find a brother whose
willing to fight, a brother whose willing to make the
sacrifice. Someone, a good Muslim brother who knows
that the true path is not...
Daoud: In your couch...
UCE: ... yes
[See UCE audio transcripts, 7/17/12 printout, pg. 13
LN 20-28]

"UCE: It's not on the couch watching TV, or, or in
a house or anything like that. So, when my cousin said
there's this brother. Who, who might be able to help
I said, yes I will meet him. You know, and humdulillah
[all praise is due to Allah] I'm so happy that I did
come you know because for a while I wasn't sure if
you you were, uh, when you did come today I was very
happy I'm glad that I had finally met you brother.
and , really the uh, the month of Ramadan is upon us."
[See UCE audio transcripts, 7/17/12, at Id, pg. 13
LN 32-44]

"UCE: This Friday, and it's my favorite time. You

165

know I love the month of Ramadan..."

[See UCE Audio transcripts, 7/17/12, at Id, pg. 14 LN 4-5]

"UCE: ... yes, and I think no, this i₅ a holy month where you become closer to being closer to Allah and closer to your Muslim brothers"

[See UCE audio transcripts, 7/17/12 at Id, pg. 13 LN 12-15]

"UCE: you know? And you make sacrifices, and there's hardship, and it's for deen [the religion]"

[See UCE audio transcripts, 7/17/12 at Id, pg. 14 LN 19-21]

"UCE: and it's my favorite month and a lot of times I think about the things I wanna ₁achieve in my life and the things that I wanna do and during that month, it comes to me, you know? I feel, I feel at peace, I feel like ok what do I want...

Daoud: At Ramadan, I feel like a new person

UCE: ...yes!

[See UCE audio transcripts, 7/17/12 at Id, pg. 15 LN 1-11]

Then look at the agent's solicitation,

"UCE: We can, you know the ... one of the reasons I came back to the U.S. just a couple months ago was because since the Americans are leaving [Afghanistan]. We wanna make sure they leave

Daoud: and stay gone

UCE: and and stay, and you want 'em to leave with disgrace with dishonor as losers"

[See UCE audio transcripts, 7/17/12 at Id, pg. 106 LN 15-24]

And they knew they had time to finish their plan before Daoud could successfully "travel without their knowledge" or "visibility" to Madinah Univer₅ity.

"MDFR: he says we have to wait for Ramadan to end. We can do