FILED
OCT 16 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

US District Court
Northern District of IL
Eastern Division

Ka (1)

SA
v.
Adel Daoud

No. 12 CR 723
13 CR 703
15 CR 487

Judge Matthew F. Kennelly

<u>Motion to Dismiss For Framery</u>

Here comes, Adel Daoud, sui juris, asking this court to acknowledge:

1. UCE swore I connected the wires on 9/13/12
2. UCE swore I connected the wires on 9/14/12, the same wires
3. Connecting the wires twice is impossible
4. Connecting the wires on 9/13/12 is impossible. See pages 49-52 of my sentencing Memo
5. The Audio transcript was made to show that I connected the wires on 9/13/12 and 9/14/12.
6. UCE reported that I helped "activate" the bomb on 9/14/12 once inside the car bomb before detonation - 302_001-000106.pdf - Entry 10/1/12 for 9/14/12 =
7. The video of 9/14/12 that was played during direct & cross examinations of UCE, was cropped to where you couldn't see I was following UCE
8. UCE swore I met him in the alley, not follow him, 9/14/12 - ~~302-001-000106.pdf~~
9. UCE reported I "walked towards" him to the alley, 9/14/12 - 302-001-000106.pdf
10. Making it look like I connected the wires, while I didn't; making it look like I was walking alone, when I was really following UCE; knowing I didn't do these things, is <u>framery</u>.

So grant me relief by dropping this case.

Sincerely,
Adel Daoud

Certificate of Service

I hereby certify that I have caused a copy of this Motion to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 4th day of October 2023. This being submitted under the penalty of perjury

Respectfully submitted,

Adil Daoud



**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, CHICAGO IL 606005
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

OCT 05 2023

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. if the sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.