# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Adel Daoud

Defendant.

Case No.: 1:15−cr−00487
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 19, 2024:

    MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: In person continued sentencing hearing held on 7/19/2024. Defendant's motion for 9/14/2012 Button Pushing Video [249], motion to compel secret informant appearance [252], and for discovery to review in camera [256] are denied for the reasons stated on the record. Judgment order to follow. Defendant has until 8/19/2024 to file an appeal. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.